**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
JUN 0 5 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Alberto Gonzales
USDOJ
950 Pennsylvania, Ave
Washington, DC 20005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0011 3926 1607

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Richardson
WASHINGTON DC 20005

| | | |
|---|---|---|
| Postage | $1.59 | 0238 |
| Certified Fee | $2.40 | 10  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | 05/31/2006 |
| Total Postage & Fees | $5.84 | |

Name (Please Print Clearly) (to be completed by mailer)
Alberto Gonzales, USDOJ
Street, Apt. No.; or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4
Washington, DC 20005

PS Form 3800, July 1999   See Reverse for Instructions