**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   JUN 0 5 2006   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

   Kenneth Wainstein
   USDOJ
   555 Fourth St, NW
   Washington DC ~~20005~~ 20530

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0011 3926 3494

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
WASHINGTON DC 20530    Richardson

| | |
|---|---|
| Postage | $1.59 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.84 |

0238 10   Postmark Here

05/31/2006

Name (Please Print Clearly) (to be completed by mailer): Kenneth Wainstein USDOJ
Street, Apt. No.; or PO Box No.: 555 Fourth Street NW
City, State, ZIP+4: Washington DC ~~20005~~ 20530

PS Form 3800, July 1999     See Reverse for Instructions