# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARTHENIA RICHARDSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-00517 (ESH) | |
| v. ) | |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF COMMERCE** ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Parthenia Richardson in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was made upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3590 8806 on May 31, 2006 to: the Secretary of the US Department of Commerce, 1401 Constitution Avenue, NW, Washington, DC 20230. Signed receipt of the Complaint and Summons was made on June 5, 2006. Copies of the certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

___06/21/06_____                    _____/s_____
Dated                                        Camilla C. McKinney, Esq.