**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Mmann_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Missori
C. Date of Delivery: 6-5-06

1. Article Addressed to:

Carlos Gutierrez
USDOC
1401 Constitution Ave, NW
Washington, DC 20230

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0018 3590 8806

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20230    Richardson

| | |
|---|---|
| Postage | $1.59 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.84 |

0238 10  Postmark Here

05/31/2006

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Carlos Gutierrez, USDOC
Street, Apt. No.; or PO Box No.
1401 Constitution Ave, NW
City, State, ZIP+4
Washington, DC 20230

PS Form 3800, February 2000   See Reverse for Instructions

7099 3400 0018 3590 8806