```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

PARTHENIA RICHARDSON,            )
                                 )
         Plaintiff,              )
                                 )
      v.                         ) Civil Action No. 06-517(ESH)
                                 )
CARLOS M. GUTIERREZ,             )
Secretary of Dept. Of Commerce,  )
                                 )
         Defendant.              )
_____)

## CONSENT MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER THE COMPLAINT

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2), and for good cause shown, respectfully moves for an enlargement of time in which to answer or otherwise respond to the amended complaint on behalf of the United States. An answer was due on or about August 4, 2006. Plaintiff consents to this motion.

This is an employment discrimination lawsuit in which the plaintiff claims that she was discriminated against in violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. sec. 2000e et seq., and the Family and Medical Leave Act of 1993, 29 U.S.C. sec. 2601 et seq. The Secretary requests an enlargement of time to answer the amended complaint until and including September 5, 2006. The grounds for the motion are that undersigned counsel has not had sufficient opportunity to investigate the facts of this case in order to respond to the allegations in the amended complaint. In addition, it is not clear from the docket report whether the Secretary has been

served with a copy of the first amended complaint. Accordingly, defendant moves for an extension of time, until and including, September 5, 2006, in which to answer or otherwise respond to the first amended complaint.

An order granting the relief sought is attached hereto.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332