```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

Parthenia Richardson,            )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 06-0517(ESH)
                                 )
Carlos M. Gutierrez,             )
Secretary of Dept. Of Treasury,  )
                                 )
          Defendant.             )
_____)

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall answer or otherwise respond to the first amended complaint on or before September 5, 2006.


Date_____                    _____
                               UNITED STATES DISTRICT JUDGE