UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PARTHENIA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00517 (ESH) |
| | ) | |
| CARLOS M. GUTIERREZ, | ) | |
| Secretary, U.S. Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND
TO THE AMENDED COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), and for good cause shown, respectfully moves for a second enlargement of time in which to answer or otherwise respond to the amended complaint on behalf of the United States.  An answer was due on September 5, 2006, pursuant to order of the court.  Plaintiff consents to this second motion for an enlargement.

This is an employment discrimination lawsuit in which the plaintiff claims that she was discriminated against in violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. sec. 2000e et seq., and the Family and Medical Leave Act of 1993, 29 U.S.C. sec. 2601 et seq.  The Secretary requests an enlargement of time to answer the amended complaint until and including September 6, 2006.  The grounds for the motion are that defendant was unable to complete a draft of a dispositive motion to allow adequate time for review and revision in advance of the filing deadline.  Accordingly, defendant moves for a one-day extension of time, until and

including, September 6, 2006, in which to answer or otherwise respond to the first amended complaint.

An order granting the relief sought is attached hereto.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332