UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTHENIA RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, )<br>   Secretary, U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-00517 (ESH) |

ORDER

UPON CONSIDERATION of defendant's Motion for an Extension of Time to Answer or Otherwise Respond to the Amended Complaint, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that the defendant shall have up to and including September 6, 2006, to file an answer or otherwise respond to the amended complaint.

_____
UNITED STATES DISTRICT JUDGE