# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**PARTHENIA RICHARDSON**                )
                                        )
            Plaintiff,   )
                                        ) Civil Action No. 06-00517 (ESH)
      v.                         )
                                        )
**CARLOS M. GUTIERREZ,**                )
**SECRETARY**                           )
**U.S. DEPARTMENT OF COMMERCE**         )
            Defendant.   )
_____)

### CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Plaintiff, by and through her undersigned counsel, hereby respectfully requests an extension of time until October 31, 2006, to submit Plaintiff's Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. Plaintiff's counsel contacted counsel for Defendant who consented to the extension. In support of this Motion, Plaintiff states as follows:

The current deadline to file the opposition is September 20, 2006. Undersigned counsel wishes to extend the time to respond to Defendant's motion in order for counsel to have adequate time to confer with her client and to respond to the complex legal issues raised in Defendant's pleading.

Further, Plaintiff's counsel has had to address a number of pressing, unrelated matters in other cases causing her to need more time than previously anticipated to draft the Opposition. In particular, undersigned counsel has had depositions and other

discovery matters in unrelated cases as well as an Opposition to draft in another case which has taken more time than anticipated to complete.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, the Agency has consented to this extension and should not be prejudiced by this delay. Accordingly, Plaintiff requests that she be given until October 31, 2006 to submit an Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment.

Dated: September 20, 2006                Respectfully submitted,

_____/s/_____
Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Attorney for Plaintiff Parthenia Richardson

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2006, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment to be served electronically, via the CM-ECF system, to:

Charlotte A. Abel
Assistant United States Attorney
555 4th Street, NW., Civil Division
Washington, DC 20530
Attorney for Defendant

_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**PARTHENIA RICHARDSON**           )
                                   )
            Plaintiff,             )
                                   )  Civil Action No. 06-00517 (ESH)
      v.                           )
                                   )
**CARLOS M. GUTIERREZ,**           )
**SECRETARY**                      )
**U.S. DEPARTMENT OF COMMERCE**    )
            Defendant.             )
_____)

## ORDER

Upon consideration of the Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Plaintiff have until October 31, 2006 to file an Opposition to Defendant's Motion.

It is so ORDERED this _____ day of _____, 2006.

_____
District Court Judge