UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PARTHENIA RICHARDSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00517 (ESH) |
| v. ) | |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF COMMERCE** ) | |
| Defendant. ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Plaintiff, by and through her undersigned counsel, hereby respectfully requests an extension of time until November 17, 2006, to submit Plaintiff's Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. Plaintiff's counsel contacted counsel for Defendant who consented to the extension. In support of this Motion, Plaintiff states as follows:

Undersigned counsel seeks to extend the time to respond to Defendant's motion in order for counsel to research and respond to the complex legal issues raised in Defendant's pleading.

Further, Plaintiff's counsel has had to address a number of pressing, unrelated matters in other cases causing her to need more time than previously anticipated. In particular, undersigned counsel has had depositions and another Opposition in an unrelated case. Progress in completing these other matters was hindered due to the fact

that the Firm's only other attorney, Rosanna Lopez, has been away from the office for an extended period of time to attend to a family emergency.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, the Agency has consented to this extension and should not be prejudiced by this delay. Accordingly, Plaintiff requests that she be given until November 17, 2006 to submit an Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment.

Dated: October 31, 2006                    Respectfully submitted,

                                                                _____/s/_____
                                                                 Camilla C. McKinney, Esq.
                                                                 Law Offices of Camilla C. McKinney PLLC
                                                                 1100 Fifteenth Street, N.W., Suite 300
                                                                 Washington, D.C. 20005
                                                                 (202) 861-2934/(202) 517-9111 (fax)
                                                                 Attorney for Plaintiff Parthenia Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2006, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment to be served electronically, via the CM-ECF system, to:

Charlotte A. Abel
Assistant United States Attorney
555 4th Street, NW., Civil Division
Washington, DC 20530
Attorney for Defendant

                                                                 _____
                                                                 Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARTHENIA RICHARDSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00517 (ESH) |
| v. ) | |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF COMMERCE** ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Plaintiff have until November 17, 2006 to file an Opposition to Defendant's Motion.

It is so ORDERED this _____ day of _____, 2006.

_____
District Court Judge