UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PARTHENIA RICHARDSON** | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 06-00517 (ESH) |
| v. | ) <br> ) |
| **CARLOS M. GUTIERREZ,** <br> **SECRETARY** <br> **U.S. DEPARTMENT OF COMMERCE** | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Plaintiff, by and through her undersigned counsel, hereby respectfully requests an extension of time until December 4, 2006, to submit Plaintiff's Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. Plaintiff's counsel contacted counsel for Defendant who consented to the extension. In support of this Motion, Plaintiff states as follows:

Plaintiff's counsel has had to address a number of unexpected, unrelated matters in other cases making it impossible to respond to Defendant's motion by the November 17, 2006 deadline. Moreover, undersigned counsel seeks the additional time because she has depositions scheduled on November 21st, a hearing on the 22nd, and additional depositions on November 27 – 30, 2006, for which she has been preparing, making it difficult to complete the response to Defendant's motion. In addition, with the

Thanksgiving holiday next week, office staff will not be available to assist undersigned counsel.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, the Agency has consented to this extension and should not be prejudiced by this delay. Accordingly, Plaintiff requests that she be given until December 4, 2006 to submit an Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment.

Dated: November 17, 2006                    Respectfully submitted,

                                            _____/s/_____
                                            Camilla C. McKinney, Esq.
                                            Law Offices of Camilla C. McKinney PLLC
                                            1100 Fifteenth Street, N.W., Suite 300
                                            Washington, D.C. 20005
                                            (202) 861-2934/(202) 517-9111 (fax)
                                            Attorney for Plaintiff Parthenia Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2006, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment to be served electronically, via the CM-ECF system, to:

Charlotte A. Abel
Assistant United States Attorney
555 4th Street, NW., Civil Division
Washington, DC 20530
Attorney for Defendant

                                            _____
                                            Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PARTHENIA RICHARDSON** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-00517 (ESH) |
| v. | ) |
|  | ) |
| **CARLOS M. GUTIERREZ,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF COMMERCE** | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Plaintiff shall have until December 4, 2006, to file an Opposition to Defendant's Motion.

It is so ORDERED this _____ day of _____, 2006.

_____
District Court Judge