UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTHENIA RICHARDSON,            )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )<br>    v.                                              )<br>                                                        )<br>CARLOS M. GUTIERREZ,          )<br>   Secretary, U.S. Department of Commerce, )<br>                                                        )<br>        Defendant.                            )<br>                                                        ) | Civil Action No. 06-00517 (ESH) |

**NOTICE OF FILING**

Will the Clerk of Court please note that defendant submits the attached thirty-one exhibits to its motion to dismiss and for summary judgment (Dk. # 8) filed on September 6, 2006.

Respectfully submitted,

___/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


___/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332