**EXHIBIT 21**

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp - 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

**PART A. Requesting Office** *(Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39.)*

.. Actions Requested

Detail NTE 120 days (11/07/2005)

| 3. For Additional Information Call (Name and Telephone Number) | 2. Request Number |
|---|---|
| Rachel M Hughins, X23008 | OSY-05-075 |
| 5. Action Requested By (Typed Name, Title, Signature, and Request Date) | 4. Proposed Effective Date |
| | 07/08/2005 |

| 5. Action Requested By (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized by (Typed Name, Title, Signature, and Concurrence Date) |
|---|---|
| David Bell, Acting Dep Dir OSY   7/11/05 | Richard Yamamoto, Director OSY   7/12/05 |

**PART B. For Preparation of SF 50** *(Use only codes in FPM Supplement 292-1, show all dates in month-day-year order.)*

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DESEVE JR. THOMAS J | | | 07/08/2005 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 922 | Detail NTE 11/07/05 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 605 | 5 USC 3341 Unclass | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number |
|---|
| SUPERVISORY SECURITY SPECIALIST |

| 15. TO: Position Title and Number |
|---|
| SUPERVISORY SECURITY SPECIALIST |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ZA | 0080 | V | 2 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ZA | 0080 | V | 2 | | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

| 14. Name and Location of Position's Organization |
|---|
| ICE OF THE SECRETARY<br>OFFICE OF ASST SEC FOR ADMIN<br>OFFICE OF SECURITY<br>CLIENT SERVICES DIVISION |

| 22. Name and Location of Position's Organization |
|---|
| OFFICE OF THE SECRETARY<br>OFFICE ASST SEC FOR ADMIN<br>OFFICE OF SECURITY<br>COUNTERESPIONAGE DIVISION |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|---|---|
| 1 - None | 3 - 10-Point/Disability | 5 - 10-Point/Other | 1 | 0 - None   2 - Conditional | | YES   NO |
| 2 - 5-Point | 4 - 10-Point/Compensable | 6 - 10-Point/Compensable/30% | | 1 - Permanent   3 - Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| | NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| | 07/12/86 | 9   F   FULL TIME | |

**APPROVED OEB**

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career | E - Exempt<br>N - Nonexempt | 05/0127000/1104/1101 | 8888 |
| 1   2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | | 1 - USA   8 - Other | | |

**PART C. Reviews and Approvals** *(Not to be used by requesting office.)*

| 1. Office/Function | Initials/Signature | Date | | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|---|
| A. | Florence Dupon | 7/13/05 | D. | | | |
| B. | | | E. | | | |
| C. | | | F. | | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

| Signature | Approval Date |
|---|---|
| | |

CONTINUED ON REVERSE SIDE
52-118

OVER

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239

**PART D   Remarks by Requesting Office**
(Note to Supervisors:   Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF 52.)

DATE 11/07/05

☐ YES   ☐ NO

NO PAY CHANGE DURING DETAIL

**PART E   Employee Resignation/Retirement**

### Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address.  Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits.  Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code.  Sections 301 and 3301 authorize OPM

and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving:  (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1.  Reasons for Resignation/Retirement (NOTE:  Your reasons are used in determining possible unemployment benefits.  Please be specific and avoid generalizations.  Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, ZIP Code) |
|---|---|---|---|---|
| | | | | |

**PART F   Remarks for SF 50**

FORM C-D-516
(1-94) LF
DAO 202-430

U.S. DEPARTMENT OF COMMERCE

# CLASSIFICATION AND PERFORMANCE MANAGEMENT RECORD

☐ NEW

☐ I/A: _____

MR#: _____

IP#: _____

• Performance Plan    • Performance Appraisal    • Performance Recognition    • Progress Review    • Position Description

Employee's Name: Thomas de Seve

Position Title: Supervisory Security Specialist

Social Security No.: ███████

Pay Plan, Series, Grade/Step: ZA-0080-V/2

Organization:  1. OFFICE OF THE SECRETARY

2. OFFICE OF THE CFO/ASA

3. OFFICE OF SECURITY

4. Counterespionage Division

5. _____

6. _____

Rating Period: 10/01/04-09/30/05

Covered By:  ☐ Senior Executive Service    ☐ Other _____

☑ General Workforce

_____

## PART A—POSITION DESCRIPTION

**POSITION CERTIFICATION—**I certify that this is an accurate statement of the major duties and responsibilities of the position and its organization relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violation of such statute or their implementing regulations.

| SUPERVISOR'S SIGNATURE | DATE | SECOND LEVEL SUPERVISOR | DATE |
|---|---|---|---|
| David Bell | 7/11/05 | Richard Yamamoto | 7/12/05 |

| CLASSIFICATION CERTIFICATION | OFFICIAL TITLE: | | | | | |
|---|---|---|---|---|---|---|
| | PP: | SERIES: | FUNC: | GRADE: | I/A: ☐ YES ☐ NO | |

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| NAME AND TITLE OF CLASSIFIER | SIGNATURE | DATE |
|---|---|---|
| Richard Yamamoto, Director OSY | | 7/12/05 |

## PART B—PERFORMANCE PLAN

This plan is an accurate statement of the work that will be the basis of the employee's performance appraisal.

| NAME AND TITLE OF FIRST LINE SUPERVISOR/RATING OFFICIAL | SIGNATURE | |
|---|---|---|
| | | DATE |

**APPROVAL.—**I agree with the certification of the position description and approve the performance plan.

| NAME AND TITLE OF APPROVING OFFICIAL OR SES APPOINTING AUTHORITY | SIGNATURE | |
|---|---|---|
| | | DATE |

**EMPLOYEE ACKNOWLEDGEMENT—**My signature acknowledges discussion of the position description and receipt of the ?, and does not necessarily signify agreement.

| SIGNATURE | |
|---|---|
| | DATE |

**PRIVACY ACT STATEMENT—**Disclosure of your social security number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

# MASTER RECORD/INDIVIDUAL POSITION DATA

## A. KEY DATA

| 1. FUNCTION (1) A/C/D/IR | 2. DEPT. CD/AGCY-BUR CD (4) | 3. SON (4) | 4. MR NO (6) | 5. GRADE (2) | 6. IP NO (8) |
|---|---|---|---|---|---|

## B. MASTER RECORD

| 1. PAY PLAN (2) | 2. OCC SER (4) | 3. OCC FUNC CD (2) | 4. OFF TLE-PF/CD/SF (6) PFIX / TITLE CD / SFIX | 5. OFF TITLE (38) (32 W/ PF OR SF) (26 W/ PF AND SF) | | |
|---|---|---|---|---|---|---|

| 6. HQ/FLD CD (1) 1=HQ 2=FLD | 7. SUPV CD (1) 1=SUPV SGEG 2=SUPV GSSG 3=MGR SGEG 4=SUPV CSRA  5=MGT CSRA 6=LDR LGEG 8=ALL OTHERS | 8. CLASS STD CD (1) X=NEW STD BLANK=N/A | 9. INTERDIS CD (1) N=NO Y=INTERDIS | 10. DATE CLASS (6) MO   DAY   YEAR |
|---|---|---|---|---|

| 11. EARLY RET CD (1) 1=PRIMARY 2=SECONDARY  3=FOREIGN SVC BLANK=N/A | 12. INACT/ACT (1) A=ACTIVE I = INACTIVE | 13. DT ABOL (6) MO   DAY   YEAR | 14. DT INACT/REACT (6) MO   DAY   YEAR | 15. AGCY USE (18) |
|---|---|---|---|---|

| 16. INTERDIS SERIES (40) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) |

| 17. INTERDIS-PF/CD/SF (58) (32 W/ PF OR SF) (26 W/ PF AND SF) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) |

## C. INDIVIDUAL POSITION

| 1. FLSA (1) E E=EXEMPT N=NON-EXEMPT | PAY TBL (6) 4 | 2. FIN DS (1) 0=NONE 3=SF-278 4=SF-450 | PROC INTG (1) Y=YES N=NO | 3. POS SCHED (1) A=SCH A B=SCH B C=SCH C  0=EXCEPTED BUT NOT A,B,C | 4. POS SENS (2) 1=LOW RISK 2=NONCRIT/SENS 3=CRIT/SENS 4=SPECIAL SENS 5=MOD RISK 6=HIGH RISK  C=ADP N=NON-ADP  4n | 4A. DRUG TS (1) yes |
|---|---|---|---|---|---|---|
| (TITLE CD (4) | 7. WK TITLE (38) | | | | | 5. COMP LVL (4) |

| 8. ORG STR CD (18) | | | | | | | | 9. VAC REV CD (1) |
|---|---|---|---|---|---|---|---|---|
| (1st) 51 | (2nd) 11 | (3rd) 04 | (4th) 0002 | (5th) | (6th) | (7th) | (8th) | 0=POSN ACTION NO VACANCY A=NO CHANGE   B=LOWER GRADE C=HIGHER GRADE   D=DIFFERENT TITLE AND/OR SERIES E=NEW POSN/NEW FTE |

| 10. TARGET GRADE (2) V/5 | 11. LANG REQ (2) | 12. PROJ DUTY IND (1) BLANK=N/A Y=YES | 13. DUTY STATION (9) ST (2) 11 / CITY (4) 0010 / CNTY (3) 001 | 14. BUS CD (4) | 15. DT LST AUDIT (6) MO   DAY   YEAR | 16. PAS IND/LEO (1) BLANK=N/A 1=PAS A=LEO | 17. DATE-EST (6) MO   DAY   YEAR |
|---|---|---|---|---|---|---|---|

| 18. GRADE BASIS IND (1) 1=REV WHEN VACANT 2=IMPACT OF PERSON 3=SUP/GSSG  4=SUP/PROGRAM 5=RGEG 6=POLICY ANAL GEG  7=EQUIP DEV GUIDE | 19. DT REQUEST RECD (6) MO   DAY   YEAR | 20. NTE DATE (6) MO   DAY   YEAR | 21. POS ST BUD (1) Y=PERM N=OTHER |
|---|---|---|---|

| 22. MAINT REV/CLASS ACT CD (2) (1ST DIGIT=ACTIVITY AND 2ND DIGIT=RESULTS) ACTIVITY 1=AUDIT (COUNTED TOWARDS MAINTENANCE REVIEW) 2=OTHER ACTIVITY    RESULTS 1=NO ACTION REQUIRED 2=MINOR PD CHANGE 3=NEW PD REQUIRED  4=TITLE CHANGE 5=SERIES CHANGE 6=POSN UPGRADE  7=POSN DOWNGRADE 8=NEW POSN 9=OTHER |
|---|

| 23. DATE EMP ASGN (6) MO   DAY   YEAR | 24. DATE ABOL (6) MO   DAY   YEAR | 25. INACT/ACT (1) A=ACTIVE I = INACTIVE | 26. DATE INACT/REACT (6) MO   DAY   YEAR | 27. ACCTG STAT (4) | 28. INTASGN SER (4) | 29. AGENCY USE (8) |
|---|---|---|---|---|---|---|

| 30. PERSONNEL MANAGEMENT SPECIALIST'S SIGNATURE | | 31. DATE |
|---|---|---|
| 32. REMARKS | | |

FORM CD-516  (1-94) LF  DAO 202-430

# Position Description

**AC#**   511120051069

**Validate:** NO

**Preparation date:** 7/11/2005

**Org:**   OFFICE OF THE SECRETARY

**Div:**   OFF ASST SEC FOR ADMIN

**Incumbent Name:**   DeSeve, Tom J

**Career Path:** ZA   **Series:** 0080   **Band 5**

**Title:**   Supervisory Security Specialist

**Function:**

No specific function defined for this position.

**Principal Objective:**

To manage work on a variety of matters critical to security programs within the Counterespionage Division, providing senior-level supervisory skills, program development, and management capabilities. To provide strategies and recommendations for achieving long-term OSY performance initiatives, primarily risk mitigation.

**Series Definition:**

Performs analytical, planning or advisory work to develop and evaluate policies and procedures that protect personnel, property, and critical assets/information from loss including acts of espionage or terrorism.

**General Duties and Responsibilities:**

Manages an office with bureauwide responsibility, a major office of an extramural program, or major office through subordinate supervisors reporting directly to this position; or exercises principal responsibility for office or division level administrative management, formulating and implementing organizational goals and objectives, planning and evaluating programs, designing organizational structure, promoting economy of operations, planning and controlling an organizational budget; or carries out broad, unprecedented projects involving the substance of key bureau or department wide programs.

**Knowledge, Skills, and Abilities:**

Exhibit 2 Page 5

Ability to (1) manage, through subordinate supervisors, a complex or large bureau-level office; or manage the administrative functions of a large line component, applying skill in establishing objectives and assessing progress and skill in coordinating activities of several units and making adjustments to meet changing requirements within available resources; or (2) working directly with top management of the bureau or Department to carry out broad, complex admininstrative assignments involving the substance of key bureau or department wide programs. Ability to represent immediate organizations and the bureau.

**Incumbent's Supervisory Responsibilties:**

Employee performs full range of supervision at least 25% of the time.

**Specialty Description:**

008010 Personnel Security
Safeguards information or material affecting the national defense and national security from unauthorized disclosure or sabotage primarily through the receipt and review of requests for investigations, the conduct of investigations, and the analysis and evaluation of completed investigative reports for the purpose of ensuring that access to classified information by personnel is consistent with national security.
008014 Information Security Specialist
Performs work concerned with identifying materials, processes, and information that require protection and recommending the level of security classification and other protections required. This work also includes the coordination necessary to identify items of information, technology, and materials that are restricted from transfer to foreign nations.

**Position-Specific Key Phrases:**

In the interest of supporting & promoting optimal org'l performance, critical resp focus on safeguarding NSI through strategic mgmt of info & pers'nel sec prgms in accordance w/ EO orders & DOC regs. Also coord's extensively regarding CI activ w/ OSY employees w/ intel resp. Duties incl completing complx, hi-level non-recurring assign'ts as tasked by sr mgmt. M'tains elig for TS-SCI clearance.

**Position Requirements:**

This position requires the submision of a Financial Disclosure Form, SF450.

**Position Sensitivity:**

This is a Special sensitive position.

Exhibit 2  Page 6

**EXHIBIT 22**

David Bell/HCHB/Osnet          To  Parthenia Richardson/HCHB/Osnet@osnet
07/19/2005 05:59 PM            cc
                              bcc
                       Subject  Re: Kyttle File

OK, how did the surgery go?

db
Parthenia Richardson/HCHB/Osnet

 Parthenia
Richardson/HCHB/Osnet           To  David Bell/HCHB/Osnet@osnet
07/19/2005 05:20 PM             cc
                        Subject  Re: Kyttle File

Mary has the Kyttle fille.

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218
    David Bell

    From: David Bell
    Sent: 07/19/2005 12:48 PM
    To: Parthenia Richardson
    Subject: Kyttle File

Parthenia, I hope your surgery was a success today.  Please call me when you are feeling better about
the Kyttle file.

db

Tab A

Exhibit 27 ... ge 1

**David Bell/HCHB/Osnet**
07/20/2005 07:33 AM

**To**  Parthenia Richardson/HCHB/Osnet@osnet
**cc**
**bcc**
**Subject**  Re: Kyttle File

Hope you have a speedy recovery.

db
Parthenia Richardson/HCHB/Osnet



**Parthenia**
**Richardson/HCHB/Osnet**
07/19/2005 07:40 PM

**To**  David Bell/HCHB/Osnet@osnet
**cc**
**Subject**  Re: Kyttle File

Ok a lot of pain and pain medicine.

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218
    David Bell

> **From:** David Bell
> **Sent:** 07/19/2005 05:59 PM
> **To:** Parthenia Richardson
> **Subject:** Re: Kyttle File

OK, how did the surgery go?

db
Parthenia Richardson/HCHB/Osnet



**Parthenia**
**Richardson/HCHB/Osnet**
07/19/2005 05:20 PM

**To**  David Bell/HCHB/Osnet@osnet
**cc**
**Subject**  Re: Kyttle File

Mary has the Kyttle filfe.

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

David Bell

**From:** David Bell
**Sent:** 07/19/2005 12:48 PM
**To:** Parthenia Richardson
**Subject:** Kyttle File

Parthenia, I hope your surgery was a success today.   Please call me when you are feeling better about
the Kyttle file.

db

Tab 3

Exhibit 27   Page 3

David Bell/HCHB/Osnet
07/21/2005 10:19 AM

To  Parthenia Richardson/HCHB/Osnet@osnet

cc

bcc

Subject  Declass Project Action Plan

Parthenia, I would like to review the action plan when you return on 7/28.  We can meet briefly each day
to review the progress of the bureaus and I also want you to see Rich with a weekly progress update.

I also anticipate this to be a key portion of every Quarterly Security Council meetings until Dec 06, so be
thinking of how to improve what we did last time and depict the progress (or lack thereof) by the bureaus.
We have used the green/amber/red color code in other OSY briefings, and I recommend working that in.
We can discuss when you return.

Hope you are having a good recovery.

Dave

Tab C

Exhibit 27 . 994

David Bell/HCHB/Osnet             To  Parthenia Richardson/HCHB/Osnet@osnet
07/27/2005 11:42 AM               cc
                                  bcc
                          Subject  Fw: Sick Leave

Parthenia, I hope your recovery is progressing on or ahead of time and you are not experiencing
discomfort.  I received the below email from Vanessa.  Request that you also contact me with any leave
requests and changes.  I ask all of my direct reports to advise me in person, call me, leave me a voice
mail, and/or email me with their leave requests/changes in addition to the webta submission.

Again, I hope you are feeling better everyday.

db
—— Forwarded by David Bell/HCHB/Osnet on 07/27/2005 11:33 AM ——



Vanessa Greer/HCHB/Osnet
07/27/2005 10:53 AM               To  David Bell/HCHB/Osnet@osnet
                                  cc
                          Subject  Fw: Sick Leave


Vanessa Greer
OSY - x 24371

—— Forwarded by Vanessa Greer/HCHB/Osnet on 07/27/2005 10:52 AM ——

Parthenia
Richardson/HCHB/Osnet
07/27/2005 10:47 AM               To  "Vanessa Greer" <vGreer@doc.gov>
                                  cc
                          Subject  Sick Leave


Hi Vanessa -

My sick leave was to end today however my doctor sent Dave Bell a letter extending it to 8/5/05 so I will
return on 8/8/05.

I submitted my request via webta but have not gotten a response back from Dave thus I am sending you
this email as my timekeeper.

Thank you!

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

Tab D

Exhibit 27      5

David Bell/HCHB/Osnet                    To    Parthenia Richardson/HCHB/Osnet@osnet
08/01/2005 07:00 PM                      cc    Robert Page/HCHB/Osnet@osnet
                                         bcc
                                    Subject    Fw: Declass Project Action Plan

Parthenia, I hope your recovery is progressing on schedule.  Since your sick leave was extended through 8/5, I just wanted to ensure we are on the same page regarding requirements for this program.

Rich informed Bill Leonard from ISOO that you are our OSY/DOC lead for this project and you will manage the milestones that will ensure we meet the stated requirements by Dec 06 – – this requires a review of 63 boxes per month.

I am on leave from 8/2 - 8/12, and Bob Page will serve as the Acting Dep Dir.  Please provide him your Action Plan on 8/08/05 on how you will be prompting the Bureaus to complete a review of 63 boxes each month and give him the daily updates while I am on leave next week.  As you know, SES and GS-14/15 equivalents make up most of the declass trained personnel, and you will be the OS representative directly responsible for the review of OS records.  We will need for you to get this training as soon as you return.

I made an appointment for you on 8/12 at 10:00 am to provide Rich your first weekly update on how many boxes have actually been reviewed.  Pls see me the morning of 8/15 to get me caught up on your progress.

Again, hope you are feeling better.

Dave
—— Forwarded by David Bell/HCHB/Osnet on 08/01/2005 11:48 AM ——

        David Bell/HCHB/Osnet
        07/21/2005 10:19 AM              To    Parthenia Richardson/HCHB/Osnet
                                         cc
                                    Subject    Declass Project Action Plan


Parthenia, I would like to review the action plan when you return on 7/28.  We can meet briefly each day to review the progress of the bureaus and I also want you to see Rich with a weekly progress update.

I also anticipate this to be a key portion of every Quarterly Security Council meetings until Dec 06, so be thinking of how to improve what we did last time and depict the progress (or lack thereof) by the bureaus. We have used the green/amber/red color code in other OSY briefings, and I recommend working that in. We can discuss when you return.

Hope you are having a good recovery.

Dave

*Tab E*

Exhibit 21 Page 6

David Bell/HCHB/Osnet                    To   Parthenia Richardson/HCHB/Osnet@osnet
08/16/2005 05:42 PM                      cc

                                         bcc

                               Subject   Fw: Action Plan

Parthenia, since you were unable to satisfactorily complete the tasking assigned to you because of your leave, please provide the action plan (referred to below with an adjusted due date of today) to me by noon on Thursday 8/18/05. You received the initial tasking for an action plan during our meeting on 18 July. To date you have not successfully completed this task. This is unacceptable for a person of your grade.

I do not plan to approve any unscheduled leave until the monthly targets are met for this important Departmental level Declassification project.  I will reschedule your meeting with Rich for Thursday at 3:30 pm.

Please see me at 10:00 am tomorrow.

Dave

—— Forwarded by David Bell/HCHB/Osnet on 08/15/2005 03:40 PM ——

Robert Page/HCHB/Osnet
08/12/2005 03:38 PM                      To   prichardson@doc.gov
                                         cc   dbell1@doc.gov
                               Subject   Action Plan

As we did not meet with Rich this morning, I reviewed your draft Action Plan.  Your plan fails to provide a logical road to success. The obstacles you describe should have been addressed and acted upon when you were initially responsible for developing the Declassification Plan. Your action plan should be the specifics necessary to execute the Declassification Plan. There is no prescribed format, however a successful plan, at a minimum, should contain issues, actions, and milestones.

Example:
  1.  Issue 1:  BIS has not begun to take any action to review its boxes.

Action: Determine what the issues are, develop potential resolutions, determine best course of action and brief appropriately. If still no action, make a persuasive presentation to the Deputy Director/Director seeking their assistance in addressing the issues to Mike Carroll.

Expected Completion Date:  August 16, 2005

2.  Issue 2:.....

Although you have provided me some limited information as to your activities over the past week, I believe that your Plan needs additional work prior to briefing Rich. You should present an appropriate action plan to Dave by COB on Tuesday, August 16, 2005. Because you missed your briefing today with Rich it has been rescheduled for 8:00 a.m. on Thursday, August 18, in Rich's office. Remember, you also need to include in your presentation to Rich the fact that you have contacted all Bureau POCs (indicating that you

*Tab F*

Exhibit 27  Page 7

are the DOC POC vs. Alarie) and the numbers of boxes that have been reviewed since August 8.

Today is my last day as the Acting Deputy Director, but please feel free to ask me for assistance in the future.

Bob

David Bell/HCHB/Osnet                 To   Parthenia Richardson/HCHB/Osnet@osnet
08/26/2005 04:52 PM                   cc
                                      bcc
                                      Subject   Re: Leave Request

Parthenia, I have approved your leave request for Monday 8/29/05.

As I stated in my 8/16/05 email to you, your specific task of providing an acceptable action plan that
includes issues, actions and milestones for the declass project (that was tasked to you on 7/18/05) has yet
to be accomplished. I am concerned that by the time you return on Tuesday over six weeks will have
passed since I assigned you this important Departmental level project and there has been no progress.
Please meet with me Tuesday at 11:00 and provide this action plan to me at that meeting.

In addition, I have scheduled you to meet with Rich for his weekly meeting at 3:30 Tuesday.

Dave

Parthenia Richardson/HCHB/Osnet



Parthenia
Richardson/HCHB/Osnet               To   "David Bell" <dbell1@doc.gov>
08/26/2005 10:48 AM                  cc
                                     Subject   Leave Request

Dave -

I submitted a leave request for Monday, August 29, 2005 I had orginially requested the entire week. The
purpose of this leave is to accompany my daughter back to college, get her settled into an apartment off
campus and more importantly sign financial aid documents.

Please let me know there is a problem with me being off on Monday August 29, 2005 and I will have to try
to make other arrangements to enusre she is settled in college and for me to sign the financial aid
documents.

I am on my way to medical appointments but will be able to check my email later.

Sincerely,
Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218



Tab 6

Exhibit 27  Page 9

David Bell/HCHB/Osnet     To   Parthenia Richardson/HCHB/Osnet@osnet

08/30/2005 02:06 PM     cc

    bcc

    Subject   Re: DOE Class📧

Parthenia, since this is related to the declass program I would like you to assist with this and similar requests from our customers.  As we discussed this AM, I need you to press on right up to the last day on this program.

db

Parthenia Richardson/HCHB/Osnet



Parthenia

Richardson/HCHB/Osnet     To   "Richard L Duncan" <Richard.L.Duncan@noaa.gov>

08/30/2005 12:34 PM     cc   Thomas de Seva/HCHB/Osnet@osnet, dbell1@doc.gov

    Subject   Re: DOE Class📧

Dear Rick –

I am not sure who will be assisting you with this as I am resigning effective September 17, 2005; therefore I recommend you talk to Tom de Seva as the Acting Assistant Director for Counterespionage Division.

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov

"Richard L Duncan" <Richard.L.Duncan@noaa.gov>

08/25/2005 08:06 AM

    To   PARTHENIA RICHARDSON <PRichardson@doc.gov>

    cc

    Subject   DOE Class

*Tab H*

Exhibit_27   Page 10

Parthenia, I understand that you are heading up the DOC Declassifcation program now.  I also understand that there is a DOE class which is going to be held on Sept 22, 2005.  I have at least 5 people from NOAA who want to attend so they can become more familiar with the declass process.  Do I provide you with the names of these individuals?

Tab H

Exhibit 27   re 11

David Bell/HCHB/Osnet                To    Parthenia Richardson/HCHB/Osnet@osnet
08/31/2005 06:32 PM                  cc

                                     bcc  Jay Jamison/HCHB/Osnet@osnet
                             Subject  Re: Leave Request

Parthenia, I am somewhat confused by your latest email below. Yesterday, I explained to you again that this action plan is very important to the successful accomplishment of this Departmental project. I stated, and you concurred, that this action plan will be used by you, and later by your successor, to ensure OS and the bureaus fully meet their objectives before 12/31/06.

This plan must stand alone (example provided again below), independent of your or your successor's skill sets and experience.

I count 10 duty days after tomorrow until 09/17 and you will have about 4 days of leave on the books. I expect your attention and energy directed toward this project for the period you are here.

We will press on at 10:00 tomorrow with Rich. This will not be a waste of time since we are very interested to see the milestones you have developed to ensure DOC is successful in this high level program.


example
    1.  Issue 1: BIS has yet to take any action to review its boxes.

Action: Determine what the issues are, develop potential resolutions, determine best course of action and brief appropriately. If still no action, make a persuasive presentation to the Deputy Director/Director seeking their assistance in addressing the issues to Mike Carroll.

Expected Completion Date: September 10, 2005
Parthenia Richardson/HCHB/Osnet


            Parthenia
            Richardson/HCHB/Osnet
            08/31/2005 03:43 PM               To   David Bell/HCHB/Osnet@osnet
                                              cc   Jay Jamison/HCHB/Osnet@osnet, jguenther@doc.gov,
                                                   Bernadette M Worthy/HCHB/Osnet@osnet, Richard
                                                   Yamamoto/HCHB/Osnet@osnet, Otto
                                                   Wolff/HCHB/Osnet@osnet
                                         Subject   Re: Leave Request


Dave –

Per our discussion yesterday and your request for me to outline an action plan for the execution of the declassification program utilizing milestones prior to my resignation. It is very difficult for me to set goals and objectives for someone else. As you are aware I have submitted my resignation that is effective September 17, 2005, and I am possibly going to take my remaining leave balance prior to departing.

I would be more than happy to assist the individual that will be taking over this project with setting goals, objectives, and milestones that match their individual knowledge, skills and abilities to ensure the December 31, 2006 declassification deadline is met. In absence of that it will not prove productive to set milestones for someone that may or may not have the same skill level as me.

Tab I

Exhibit 27   page 12

I am therefore recommending that the new program/project manager individual plan to attend the meeting you scheduled tomorrow (Thursday, September 1, 2005 at 10:00am) with yourself, Rich and I. Otherwise, I feel the meeting will be a waste of time as it is difficult time preparing a plan without the obvious unknowns (what type of formal training, experience, etc the individual has).

Sincerely,

Parthenia
David Bell/HCHB/Osnet

David Bell/HCHB/Osnet
08/30/2005 08:15 AM

To    Parthenia Richardson/HCHB/Osnet@osnet
cc
Subject   Re: Leave Request

Parthenia, we will discuss at our 11:00 meeting today.

Dave
Parthenia Richardson/HCHB/Osnet



Parthenia
Richardson/HCHB/Osnet
08/30/2005 07:59 AM

To    David Bell/HCHB/Osnet@osnet
cc
Subject   Re: Leave Request

Dave –

As you are aware I have been out due to medical reasons from July 19, 2005 until today except for a couple days, therefore it was not possible to have completed this project unless I was expected to accomplish it on my personal time. Also please note this project was not at an acceptable level when I was appointed as the Assistant Director for Counterespionage in February 2005, as pointed out by ISOO to the President.

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov

David Bell/HCHB/Osnet

David Bell/HCHB/Osnet
08/26/2005 04:52 PM

To    Parthenia Richardson/HCHB/Osnet@osnet

Tab I

Exhibit 27  ; pg 13

cc

Subject  Re: Leave Request

Parthenia, I have approved your leave request for Monday 8/29/05.

As I stated in my 8/16/05 email to you, your specific task of providing an acceptable action plan that includes issues, actions and milestones for the declass project (that was tasked to you on 7/18/05) has yet to be accomplished. I am concerned that by the time you return on Tuesday over six weeks will have passed since I assigned you this important Departmental level project and there has been no progress. Please meet with me Tuesday at 11:00 and provide this action plan to me at that meeting.

In addition, I have scheduled you to meet with Rich for his weekly meeting at 3:30 Tuesday.

Dave

Parthenia Richardson/HCHB/Osnet



Parthenia
Richardson/HCHB/Osnet
08/26/2005 10:48 AM

To  "David Bell" <dbell1@doc.gov>

cc

Subject  Leave Request

Dave -

I submitted a leave request for Monday, August 29, 2005 I had orginialy requested the entire week. The purpose of this leave is to accompany my daughter back to college, get her settled into an apartment off campus and more importantly sign financial aid documents.

Please let me know there is a problem with me being off on Monday August 29, 2005 and I will have to try to make other arrangements to enusre she is settled in college and for me to sign the financial aid documents.

I am on my way to medical appointments but will be able to check my email later.

Sincerely,
Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

*Tab I*

Exhibit 27  Page 14

David Bell/HCHB/Osnet
09/06/2005 08:42 AM

To  Parthenia Richardson/HCHB/Osnet@osnet
cc
bcc
Subject  Re: Declassification Program Milestones

OK, hopefully they will give you what you need for our 12:00 meeting today.

db
Parthenia Richardson/HCHB/Osnet



Parthenia
Richardson/HCHB/Osnet
09/02/2005 01:28 PM

To  dbell1@doc.gov
cc  Richard Yamamoto/HCHB/Osnet@osnet, Kevin
    Sadler/HCHB/Osnet@osnet
Subject  Declassification Program Milestones

Dave –

As requested attached are the bureau's milestones and I have asked each of them to update their progress as well as identify when they expect each milestone to be accomplished. I have also requested each bureau to provide an update to this matrix monthly no later than the 5th of the month.

Therefore the declassification program milestone plan may not be not be exactly as you want but it at least an outline that can be used once the updated information is received from the bureaus. Although I hope to have all the data included by Tuesday I cannot identify the problems or solutions until I know what they have accomplished thus far. I will be calling on Tuesday morning if I have not received the data before then to meet the noon deadline that was established. I just want to make sure it is understood it is a work in progress document.

The master milestone plan will be similar in format utilizing your example once the data, it will also include what OSY has set as a minimum monthly page/box review:

Issue 1:  BIS has yet to take any action to review its boxes.

Action: Determine what the issues are, develop potential resolutions, determine best course of action and brief appropriately. If still no action, make a persuasive presentation to the Deputy Director/Director seeking their assistance in addressing the issues to Mike Carroll.

Expected Completion Date:  September 10, 2005

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce

Tab J

Exhibit 22 ... 15

Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov
[attachment "BIS Declassification Program Milestones.doc" deleted by David Bell/HCHB/Osnet]
[attachment "EDA Declassification Program Milestones.doc" deleted by David Bell/HCHB/Osnet]
[attachment "ITA Declassification Program Milestones.doc" deleted by David Bell/HCHB/Osnet]
[attachment "NTIA Declassification Program Milestones.doc" deleted by David Bell/HCHB/Osnet]
[attachment "OS Declassification Program Milestones.doc" deleted by David Bell/HCHB/Osnet]

Tab J

**EXHIBIT 23**

Yahoo! Mail - richp1260@yahoo.com

**YAHOO!** MAIL

Print - Close Window

To:       richp1260@yahoo.com

Subject:  Fw: Meeting on April 29, 2005

From:     PRichardson@doc.gov

Date:     Tue, 9 Aug 2005 10:11:12 -0400

---- Forwarded by Parthenia Richardson/HCHB Osnet on 08/09/2005 10:10 AM ----
Parthenia Richardson/HCHB/Osnet

                                               To  Richard Yamamoto/HCHB Osnet, David Bell/HCHB Osnet;
04/25/2005 05.13 PM                            cc
                                               Subject Fw: Meeting on April 29, 2005

Rich/Dave -

Here is the email from the ISOO point of contact addressing their concerns with our declassification program meeting the deadline established. I have scheduled a meeting with them for Friday, April 29, 2005 at 10:00am. Alarie and I are going to sit down tomorrow and go through what was submitted and get a strategy together to ensure the goal is met.

We will brief the 2 of you before Friday's meeting so that you know what we plan to tell them. One of my ideas is to use a contractor from MSM Mantech to assist using the money left (531,000.00).

Sincerely,

Parthenia Richardson
Assistant Director
Counterespionage Division
Office of Security
U.S. Department of Commerce
Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov

---- Forwarded by Parthenia Richardson/HCHB Osnet on 04/25/2005 05:08 PM ----
"Margaret Rose" <Margaret.Rose@nara.gov>

                                               To  <prichardson@doc.gov>
04/25/2005 04:55 PM                            cc
                                               Subject Meeting on April 29, 2005

Good Afternoon Ms. Richardson,

Based on our discussion last week, and in order to help you to prepare for our meeting on Friday, here are a few of our concerns on what may imped Commerce's ability to reach auto declassification goal for 2006:

a. the process they are using to declassify Commerce records;

http://us.f607.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=842_0_261143_1848_...  11/3/2005

Exhibit 23 Page 1

b. the number of pages to be reviewed prior to December 31, 2006 and maintaing an accurate count/database to track the agency's progress, and;
c. properly identifying the number of pages that Commerce may be referring to other agencies.

Again, these are just a few items that I have been able to identify. I'm hoping to meet with one of our Sr. Program Analyst, Ms. Linda Ebben who will be accompanying me on Friday, in order to get a better sense of what the ISOO Declassification Team may be hoping to ascertain. Hopefully this meeting will aid us in better assessing the status of Commerce's Declassification Program.

Please feel free to give me a call if you have any questions, or concerns.
Margaret L. Rose
Program Analyst
National Archives and Records Administration
Information Security Oversight Office
Room 503
Washington, DC 20408
202-219-5250 ext. 235
Fax: 202-219-1731
margaret.rose@nara.gov

Exhibit 23 Page 2

Yahoo! Mail - richp1260@yahoo.com

**YAHOO!** MAIL

Print - Close Window

| | |
|---|---|
| **To:** | richp1260@yahoo.com |
| **Subject:** | Fw: CVS Clearances Inactive |
| **From:** | PRichardson@doc.gov |
| **Date:** | Wed, 17 Aug 2005 13:34:57 -0400 |

—— Forwarded by Parthenia Richardson-HCHB Osha on 08/17/2005 01:34 PM ——

"Orange, Karen R." <Karen.Orange@opm.gov>

06/20/2005 11:40 AM

To "MBodin@doc.gov" <MBodin@doc.gov>
cc "PRichardson@doc.gov" <PRichardson@doc.gov>
Subject CVS Clearances Inactive

Mike,

All of the Dept. of Commerce clearances are inactive. Please verify your clearances and submit via CVS.

| CM00 | Active | Inactive | Total |
|---|---|---|---|
| | 0 | 6,084 | 6,084 |

Thanks,

Karen Orange
Investigations Program Specialist
Center for Federal Investigative Services
(p) 202-606-3533  (f) 202-606-2372

— Even though this E-Mail has been scanned and found clean of
— known viruses, OPM can not guarantee this message is virus free.
— This message was automatically generated.
——————————ro

Exhibit 23  Page 3



Parthenia
Richardson/HCHB/Osnet
06/27/2005 08:50 PM

To  David Bell/HCHB/Osnet@osnet

cc

bcc  Bernadette M Worthy/HCHB/Osnet

Subject  Re: Fw: CVS Data Load 6/25/05

Dave it cannot be fixed until MAPS is fixed – the scripts written. This is in the hands of Patty Grasso and the contractors paid to develop MAPS.

Parthenia Richardson
Assistant Director
Counterespionage Division
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218
    David Bell

> **From:** David Bell
> **Sent:** 06/27/2005 08:27 PM
> **To:** Parthenia Richardson
> **Subject:** Re: Fw: CVS Data Load 6/25/05

Michael is gone, let's fix it.

Sent from my BlackBerry Wireless Handheld
    Parthenia Richardson

> **From:** Parthenia Richardson
> **Sent:** 06/27/2005 08:09 PM
> **To:** David Bell
> **Subject:** Re: Fw: CVS Data Load 6/25/05

Dave -

I briefed this in staff meeting back in April after meeting with Karen Orange. Department of Commerece has never uploaded security clearance information on their employees into the OPM database. Therefore if any outside agency goes to OPM to verify a security clearance that DOC adjudicated they will not find any information.

This is one of Karen Orange's major concerns and when I asked Linda about it she had no response. Michael was tasked to take case of this initiative and based upon this email nothing was done. I do understand that MAPS prevents this but I do not know why it wasn't already accomplished through SIMS. MAPS still needs scripts written but once again if this was being done through SIMS it would have transferred into MAPS as a requirement.

This is my knowledge of what was told to me by Karen Orange. It was documented in mid-year counseling as well.

Sincerely,

Parthenia Richardson
Assistant Director
Counterespionage Division

Exhibit 23  Page 4

Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218
David Bell

**From:** David Bell
**Sent:** 06/27/2005 05:04 PM
**To:** Alarie Shyllon
**Cc:** Bob Deats; Parthenia Richardson
**Subject:** Re: Fw: CVS Data Load 6/25/05

I need someone to tell me tomorrow what this means - no uploads from Commerce in a year?

db

Alarie Shyllon/HCHB/Osnet



Alarie Shyllon/HCHB/Osnet
06/27/2005 03:29 PM

To  Parthenia Richardson/HCHB/Osnet@osnet

cc  "David Bell" <dbell1@doc.gov>, jkings@doc.gov, Bob
Deats/HCHB/Osnet@osnet

Subject  Re: Fw: CVS Data Load 6/25/05

Parthenia,

Apparently there are some issues with the CVS upload.  When Mike was working with Janice last Friday he indicated that the writing scripts for the CVS were not compatible and a new script was being generated.  I was awaiting a return call from Karen, in the interim Janice spoke with Karen and Karen indicated OPM has not received an upload from Commerce in at least a year and is now very concerned.

Alarie Shyllon
Security Specialist
U.S. Department of Commerce
Office of Security
202-482-5026 Fax 202-501-6355

Parthenia Richardson/HCHB/Osnet



Parthenia
Richardson/HCHB/Osnet
06/27/2005 10:06 AM

To  "Alarie Shyllon" <aShyllo1@doc.gov>

cc  "David Bell" <dbell1@doc.gov>

Subject  Fw: CVS Data Load 6/25/05

Alarie

Pls contact Karen and explain that Michael has departed and Janice is our interim person. Ensure the 2 of them talk so Janice can assist in

Exhibit 23  Page 5

accomplishing this

Sincerely,

Parthenia Richardson
Assistant Director
Counterespionage Division
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

----- Original Message -----
**From:** "Orange, Karen R." [Karen.Orange@opm.gov]
**Sent:** 06/27/2005 09:22 AM
**To:** Michael Bodin
**Cc:** Parthenia Richardson
**Subject:** CVS Data Load 6/25/05

Mike,

I know you are very busy and may not have had the time to work on my previous request to load the Dept of Commerce (DOC) clearance data into CVS, but DOC does not have any clearances in the system.

| | Active | Inactive | Total |
|---|---|---|---|
| CM00 | 0 | 6,084 | 6,084 |

Please refer to FIN-02-08 Clearance Verification System (CVS) Instructions. If you require additional assistance, please call Andrew Kerr at 202-606-0064.

Thanks in advance,

Karen Orange
Investigations Program Specialist
Center for Federal Investigative Services
(p) 202-606-3533  (f) 202-606-2372

Exhibit 23  Page 6

# YAHOO! MAIL

Print - Close Window

**To:** richp1260@yahoo.com

**Subject:** Fw: Declass Project Action Plan

**From:** PRichardson@doc.gov

**Date:** Wed, 31 Aug 2005 15:20:56 -0400

—- Forwarded by Parthenia Richardson/HCHB/Osnet on 08/31/2005 03:20 PM —-

**David Bell/HCHB/Osnet**

0808/2005 09:32 AM

To Parthenia Richardson/HCHB/Osnet@osnet

cc Robert Page/HCHB/Osnet

Subject Re: Declass Project Action Plan

Parthenia, you and I discussed the action plan requirement several weeks ago before you went on leave and I followed up with 2 emails further explaining the requirement. I am on leave this week, but provided you and Bob my guidance regarding the action plan and update requirements.  Feel free to call me at 703.447.1211 if you need further clarification.

db

———————————

Sent from my BlackBerry Wireless Handheld

**From:** Parthenia Richardson
**Sent:** 08/01/2005 08:18 PM
**To:** David Bell
**Cc:** Robert Page
**Subject:** Re: Declass Project Action Plan

Dave -

I have not received the declassification program documents from Alarie yet do not think it is fair to say I will be able to meet with her and sort out what the actual status is.

Until then I cannot reasonably provide an action plan last I understood there were still documents missing back to ISOO.

I believe it is far for Alarie to complete the outstanding actions and any other admin type actions that support this effort. As it was my understanding I would oversee this effort at a senior level not perform duties equal to GS11/12 security specialist.

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

**From:** David Bell
**Sent:** 08/01/2005 07:00 PM
**To:** Parthenia Richardson

Exhibit 23  Page 7

Cc: Robert Page
Subject: Fw: Declass Project Action Plan

Parthenia, I hope your recovery is progressing on schedule. Since your sick leave was extended through 8/5, I just wanted to ensure we are on the same page regarding requirements for this program.

Rich informed Bill Leonard from ISOO that you are our OSY/DOC lead for this project and you will manage the milestones that will ensure we meet the stated requirements by Dec 06 -- this requires a review of 63 boxes per month.

I am on leave from 8/2 - 8/12, and Bob Page will serve as the Acting Dep Dir. Please provide him your Action Plan on 8/08/05 on how you will be prompting the Bureaus to complete a review of 63 boxes each month and give him the daily updates while I am on leave next week. As you know, SES and GS-14/15 equivalents make up most of the declass trained personnel, and you will be the OS representative directly responsible for the review of OS records. We will need for you to get this training as soon as you return.

I made an appointment for you on 8/12 at 10:00 am to provide Rich your first weekly update on how many boxes have actually been reviewed. Pls see me the morning of 8/15 to get me caught up on your progress.

Again, hope you are feeling better.

Dave
---- Forwarded by David Bell/HCHB/Osnet on 08/01/2005 11:48 AM ----
David Bell/HCHB/Osnet

07/21/2005 10:19 AM

To Parthenia Richardson/HCHB/Osnet

cc

Subject Declass Project Action Plan

Parthenia, I would like to review the action plan when you return on 7/28. We can meet briefly each day to review the progress of the bureaus and I also want you to see Rich with a weekly progress update.

I also anticipate this to be a key portion of every Quarterly Security Council meetings until Dec 06, so be thinking of how to improve what we did last time and depict the progress (or lack thereof) by the bureaus. We have used the green/amber/red color code in other OSY briefings, and I recommend working that in. We can discuss when you return.

Hope you are having a good recovery.

Dave

Exhibit 23 Page 8

Parthenia:

As you know I have been asked to obtain updates from you on this project that was assigned to you in your new capacity as a Special Projects Officer. You have been assigned as the DOC/OSY representative to ensure Commerce compliance of the overall Declassification Program. I have attached several documents that should provide you with the most recent information available.

Per Dave's initial taskings on July 11 and July 18 and subsequent emails, I would like daily progress updates on this time-sensitive project upon your return from your extended leave. I have scheduled these updates daily at 8:00 am. We will not have a meeting on Friday, August 12, as you have an update meeting at 10:00 with Rich that I will also attend.

Your focus should be on managing the overall declassification program to achieve the milestones required to meet the December 2006 deadline. Since you are the primary action officer for the Office of the Secretary, it is important that you immediately obtain the training that the 11 other senior managers (SES and GS-15s) have received and begin reviewing the boxes of the Office of Secretary to support meeting the Department's milestones of 63 boxes per month. You will be tactfully prompting and working with senior Bureau representatives throughout this project while both you and they perform this review.

Additionally, I understand that only BIS and NTIA have responded to your request of a review of our draft Guidance memorandum that was sent earlier this year with comments due in May. This should be pursued with those that have not responded. With this in mind, you should also be able to present a final memorandum for Rich's signature that documents the Systematic Declassification Guidance.

Bob



isooletter.doc    Declassification Updated Plan2005 3Final.doc    Declassification Monthly.ppt    DeclassSME's2.doc

Exhibit 23 Page 9



Parthenia
Richardson/HCHB/Osnet
08/04/2005 04:51 PM

To   prich1260@aol.com, "Bernadette Worthy"
     <BWorthy@doc.gov>

cc

bcc

Subject   Fw: Declassification Project

FYI also I will provide you with my formal complaint paperwork when I return
on Monday. Please let me know what time works best for you.

Sincerely,
Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

----- Original Message -----
From: Parthenia Richardson
Sent: 08/04/2005 04:48 PM
To: Jay Jamison
Cc: John Guenther
Subject: Fw: Declassification Project


Jay -

I would like to request immediate reassignment from office of security to
eliminate the obvious retribution that I have been subjected since filing an
EEO complaint against Rich Yamamoto.  I have been stripped of my duties and
given work that a GS11 was performing along with removing me from my office to
a work space that is less than proper for someone of my grade.

I am available to meet with you when I return to work on Monday, August 8,
2005 as I had surgery and have been out of the office since July 19, 2005.

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218


----- Original Message -----
From: Robert Page
Sent: 08/04/2005 03:05 PM
To: Parthenia Richardson
Cc: David Bell
Subject: Declassification Project

Exhibit 22  Page 10



Parthenia
Richardson/HCHB/Osnet
08/09/2005 03:29 PM

To   Alarie Shyllon/HCHB/Osnet@Osnet
cc   Robert Page/HCHB/Osnet@osnet, dbell1@doc.gov,
     Thomas de Seve/HCHB/Osnet@osnet
bcc  Bernadette M Worthy/HCHB/Osnet
Subject   Request for Documents

Alarie -

In an effort to ensure I can establish a time-line for the accomplishment of taskings that support the declassification program effort, as well as accurately monitor the bureau status I respectfully request the following items from you. These items were not clearly identified either in the one page written document or in the items inside the box you provided Bob Page on Monday, August 8, 2005:

Please provide the electronic versions of the following documents:

- 1996 Guidance Memorandum you were working on for signature by Rich Yamamoto
- A copy of the memorandum that was prepared last year for Rich Yamamoto to sign going to the bureaus delineating the declassification plan, as you indicated this needed to be done for this years plan.
- BIS Declassification Project Database

I also would like to know the status of the following actions you were working on to eliminate a duplicate effort:

- What if any bureaus were notified of the monthly requirements as depicted on the charts you created and provided to Bob Page?
  - What are the actual amounts that have been reported to date from the bureaus?
- The status of the classification guide that ISOO required to be updated/created for the bureaus to use as a guide during this process?
- Where are the copies of the declassification plans the bureaus submitted last year - have they been told of the requirement to have this document?
- Was the BIS declassification project database shared with the other bureaus as a device to track their effort, as Margaret Rose recommended in April?
- What notification was made to the bureaus indicating the mandatory training requirements - who, what, when; when was the last time they were reminded of this requirement and to whom was the email/memo addressed?
- Have all the bureaus been told about the DOC contractor effort to assist with this project - if not please provide me with the ones that have not been contacted?

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov

Exhibit 23 Page 11

**David Bell/HCHB/Osnet**
08/16/2005 05:42 PM

To  Parthenia Richardson/HCHB/Osnet@osnet

cc

bcc

Subject  Fw: Action Plan

Parthenia, since you were unable to satisfactorily complete the tasking assigned to you because of your leave, please provide the action plan (referred to below with an adjusted due date of today) to me by noon on Thursday 8/18/05. You received the initial tasking for an action plan during our meeting on 18 July. To date you have not successfully completed this task. This is unacceptable for a person of your grade.

I do not plan to approve any unscheduled leave until the monthly targets are met for this important Departmental level Declassification project. I will reschedule your meeting with Rich for Thursday at 3:30 pm.

Please see me at 10:00 am tomorrow.

Dave

——— Forwarded by David Bell/HCHB/Osnet on 08/15/2005 03:40 PM ———

**Robert Page/HCHB/Osnet**
08/12/2005 03:38 PM

To  prichardson@doc.gov

cc  dbell1@doc.gov

Subject  Action Plan

As we did not meet with Rich this morning, I reviewed your draft Action Plan. Your plan fails to provide a logical road to success. The obstacles you describe should have been addressed and acted upon when you were initially responsible for developing the Declassification Plan. Your action plan should be the specifics necessary to execute the Declassification Plan. There is no prescribed format, however a successful plan, at a minimum, should contain issues, actions, and milestones.

Example:
1. **Issue 1:** BIS has not begun to take any action to review its boxes.

**Action:** Determine what the issues are, develop potential resolutions, determine best course of action and brief appropriately. If still no action, make a persuasive presentation to the Deputy Director/Director seeking their assistance in addressing the issues to Mike Carroll.

**Expected Completion Date:** August 16, 2005

2. **Issue 2**:.....

Although you have provided me some limited information as to your activities over the past week, I believe that your Plan needs additional work prior to briefing Rich. You should present an appropriate action plan to Dave by COB on Tuesday, August 16, 2005. Because you missed your briefing today with Rich it has been rescheduled for 8:00 a.m. on Thursday, August 18, in Rich's office. Remember, you also need to include in your presentation to Rich the fact that you have contacted all Bureau POCs (indicating that you

Exhibit 23  Page 12

are the DOC POC vs. Alarie) and the numbers of boxes that have been reviewed since August 8.

Today is my last day as the Acting Deputy Director, but please feel free to ask me for assistance in the future.

Bob

Exhibit 23  Page 13

Emails/Documents from Oversight Agencies addressing concerns that existed prior to my appointment as Assistant Director while Bob Page was Acting Assistant Director:

 *Information Security Oversight Office*
National Archives and Records Administration

AUG 1 9 2005    700 Pennsylvania Avenue, NW    Washington, DC 20408-0001 

Mr. Richard Yamamoto
Director of Security
Office of Security
Department of Commerce
1401 Constitution Avenue, NW, Room 1067
Washington, DC 20230

Dear Mr. Yamamoto:

**SUBJECT: Declassification Plans Required Under Executive Order 12958, as Amended, "Classified National Security Information"**

Thank you for meeting with me on July 27, 2005, to discuss the automatic declassification requirements of Executive Order 12958, as amended, "Classified National Security Information" (the Order). Given the uncertainties over the past two years about the state of the automatic declassification program at the Department of Commerce (Commerce) I was encouraged by our meeting. It is evident that you understand the significance of the December 31, 2006, deadline for the onset of automatic declassification in the executive branch. I appreciate your assurance that Commerce will do whatever is necessary in order to meet this deadline.

As we discussed during our meeting, my office soon will submit a report to the President on automatic declassification. The report will state that we do not have enough information at this time to make a determination on the likelihood that Commerce will fulfill its responsibilities under section 3.3 of the Order by the December 31, 2006, deadline. As I indicated to you, I intend to issue a supplemental report on automatic declassification later this year and include an updated assessment with respect to Commerce's efforts. We will base this updated evaluation upon your most recent declassification plan and the metrics contained therein.

In the meantime, my office will provide whatever assistance it can. If you have any questions, please contact me or the Information Security Oversight Office liaison to Commerce, Margaret L. Rose, at 202-219-5250.

Sincerely,

    (signed) J. William Leonard

J. WILLIAM LEONARD
Director

cc: Mr. Thomas J. de Seve, Jr., Acting Assistant Director, Counterespionage Division
    ✓Ms. Parthenia Richardson, Special Projects Officer, Office of Security

Exhibit 23  Page 14

David Bell/HCHB/Osnet
08/31/2005 06:32 PM

To    Parthenia Richardson/HCHB/Osnet@osnet

cc

bcc

Subject    Re: Leave Request

Parthenia, I am somewhat confused by your latest email below. Yesterday, I explained to you again that this action plan is very important to the successful accomplishment of this Departmental project. I stated, and you concurred, that this action plan will be used by you, and later by your successor, to ensure OS and the bureaus fully meet their objectives before 12/31/06.

This plan must stand alone (example provided again below), independent of your or your successor's skill sets and experience.

I count 10 duty days after tomorrow until 09/17 and you will have about 4 days of leave on the books. I expect your attention and energy directed toward this project for the period you are here.

We will press on at 10:00 tomorrow with Rich. This will not be a waste of time since we are very interested to see the milestones you have developed to ensure DOC is successful in this high level program.

example
1. **Issue 1:** BIS has yet to take any action to review its boxes.

**Action:** Determine what the issues are, develop potential resolutions, determine best course of action and brief appropriately. If still no action, make a persuasive presentation to the Deputy Director/Director seeking their assistance in addressing the issues to Mike Carroll.

**Expected Completion Date:** September 10, 2005
Parthenia Richardson/HCHB/Osnet

Parthenia
Richardson/HCHB/Osnet
08/31/2005 03:43 PM

To    David Bell/HCHB/Osnet@osnet

cc    Jay Jamison/HCHB/Osnet@osnet, jguenther@doc.gov, Bernadette M Worthy/HCHB/Osnet@osnet, Richard Yamamoto/HCHB/Osnet@osnet, Otto Wolff/HCHB/Osnet@osnet

Subject    Re: Leave Request

Dave –

Per our discussion yesterday and your request for me to outline an action plan for the execution of the declassification program utilizing milestones prior to my resignation. It is very difficult for me to set goals and objectives for someone else. As you are aware I have submitted my resignation that is effective Septmber 17, 2005, and I am possibly going to take my remaining leave balance prior to departing.

I would be more than happy to assist the individual that will be taking over this project with setting goals, objectives, and milestones that match their individual knowledge, skills and abilities to ensure the December 31, 2006 declassification deadline is met. In absence of that it will not prove productive to set milestones for someone that may or may not have the same skill level as me.

Exhibit 23        15

I am therefore recommending that the new program/project manager individual plan to attend the meeting you scheduled tomorrow (Thursday, September 1, 2005 at 10:00am) with yourself, Rich and I. Otherwise, I feel the meeting will be a waste of time as it is difficult time preparing a plan without the obvious unknowns (what type of formal training, experience, etc the individual has).

Sincerely,

Parthenia
David Bell/HCHB/Osnet

> **David Bell/HCHB/Osnet**
> 08/30/2005 08:15 AM
>
> To   Parthenia Richardson/HCHB/Osnet@osnet
> cc
> Subject   Re: Leave Request

Parthenia, we will discuss at our 11:00 meeting today.

Dave
Parthenia Richardson/HCHB/Osnet



> **Parthenia Richardson/HCHB/Osnet**
> 08/30/2005 07:59 AM
>
> To   David Bell/HCHB/Osnet@osnet
> cc
> Subject   Re: Leave Request

Dave -

As you are aware I have been out due to medical reasons from July 19, 2005 until today except for a couple days, therefore it was not possible to have completed this project unless I was expected to accomplish it on my personal time. Also please note this project was not at an acceptable level when I was appointed as the Assistant Director for Counterespionage in February 2005, as pointed out by ISOO to the President.

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov

David Bell/HCHB/Osnet

> **David Bell/HCHB/Osnet**
> 08/26/2005 04:52 PM
>
> To   Parthenia Richardson/HCHB/Osnet@osnet

Exhibit 23  pg 16

cc

Subject   Re: Leave Request

Parthenia, I have approved your leave request for Monday 8/29/05.

As I stated in my 8/16/05 email to you, your specific task of providing an acceptable action plan that includes issues, actions and milestones for the declass project (that was tasked to you on 7/18/05) has yet to be accomplished. I am concerned that by the time you return on Tuesday over six weeks will have passed since I assigned you this important Departmental level project and there has been no progress. Please meet with me Tuesday at 11:00 and provide this action plan to me at that meeting.

In addition, I have scheduled you to meet with Rich for his weekly meeting at 3:30 Tuesday.

Dave

Parthenia Richardson/HCHB/Osnet



**Parthenia Richardson/HCHB/Osnet**
08/26/2005 10:48 AM

To   "David Bell" <dbell1@doc.gov>

cc

Subject   Leave Request

Dave -

I submitted a leave request for Monday, August 29, 2005 I had orginially requested the entire week. The purpose of this leave is to accompany my daughter back to college, get her settled into an apartment off campus and more importantly sign financial aid documents.

Please let me know there is a problem with me being off on Monday August 29, 2005 and I will have to try to make other arrangements to enusre she is settled in college and for me to sign the financial aid documents.

I am on my way to medical appointments but will be able to check my email later.

Sincerely,
Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218

Exhibit 25 Page 17

**EXHIBIT 24**



Parthenia
Richardson/HCHB/Osnet
08/17/2005 12:55 PM

To  JOvedovitz@doc.gov

cc  Jay Jamison/HCHB/Osnet@osnet, dbell1@doc.gov,
Richard Yamamoto/HCHB/Osnet@osnet, Bernadette M
Worthy/HCHB/Osnet@osnet, jguenther@doc.gov, Otto

bcc

Subject  Request for Reasonable Accommodations

Jane -

In accordance with DAO 215-10 Reasonable Accommodation for Disabilities in Employment I am
requesting reasonable accommodation be granted as soon as possible.  My doctor can provide you
additional information as necessary to support this request.

The following is submitted to support my request:

a. **Name, daytime telephone number, title, organization:** Parthenia Richardson, (202)
482-1408, Supervisory Security Specialist, Office of Security.

b. **Description of the disabling condition by my medical professional:** Joseph Marnell, M.D. P.4.
August 16, 2005 *"Parthenia Richardson is in medical need of being removed from the current emotionally stress,ui
presently placed."*

c. **Description of the accommodation requested:** Reassignment outside of the Office of
Security into a position that matches professional skills and abilities and affords me the
same opportunities I would have had in my current position had this not occurred until
such time my doctor releases me.

Please let me know when I can expect an approval or denial of this request.

Sincerely,

Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
V: (202) 482-1408/C: (240) 476-5218
Email: prichardson@doc.gov

Exhibit 28 page 3

Parthenia
Richardson/HCHB/Osnet

08/17/2005 04:03 PM

To  Jane Ovedovitz/HCHB/Osnet@osnet

cc  Bernadette M Worthy/HCHB/Osnet@osnet, Jay
Jamison/HCHB/Osnet@osnet, Richard
Yamamoto/HCHB/Osnet@osnet, dbell1@doc.gov,

bcc

Subject  Re: Request for Reasonable Accommodations

History:          This message has been forwarded.

Jane –

Can you please provide a copy to my supervisor Dave Bell so it can be included in my time and attendance file?

Sincerely,

Parthenia

Jane Ovedovitz/HCHB/Osnet

Jane
Ovedovitz/HCHB/Osnet

08/17/2005 03:02 PM

To  Parthenia Richardson/HCHB/Osnet@osnet

cc  Jay Jamison/HCHB/Osnet@osnet,
RichardYamamoto/HCHB/Osnet, Bernadette M
Worthy/HCHB/Osnet@osnet

Subject  Re: Request for Reasonable Accommodations

Dear Ms. Richardson,

I want to inform you that I did receive a faxed copy reporting your need for medical leave from your doctor, from 8/18/05 through 8/26/05. This should help clarify the e-mail sent earlier this afternoon.

Jane Ovedovitz,RN,FNP
DOC Health Unit
Health Unit Coordinator, Nurse Practitioner
202-482-4088

Exhibit 28  Pg. 4



Parthenia
Richardson/HCHB/Osnet
08/17/2005 05:25 PM

To    Jane Ovedovitz/HCHB/Osnet@osnet

cc    Bernadette M Worthy/HCHB/Osnet, Jay
      Jamison/HCHB/Osnet, Richard Yamamoto/HCHB/Osnet,
      Camille Carraway/HCHB/Osnet, "David Bell"

bcc

Subject  Re: Health Unit-Medical Leave

Jane thank you I did submit a leave request to my supervisor requesting leave to cover the period indicated by my medical doctor.

I also provided a copy of the note from my medical doctor to my supervisor that states I am in medical need of being removed from the current emotionally stressful work environment.

Thank you for working my request for reasonable accommodation and I hope this can be resolved soon.

Sincerely,
Parthenia Richardson
Office of Security
U.S. Department of Commerce
Washington, DC 20230
W: (202) 482-1408/C: (240) 476-5218
    Jane Ovedovitz

> **From:** Jane Ovedovitz
> **Sent:** 08/17/2005 04:10 PM
> **To:** Parthenia Richardson
> **Cc:** Bernadette Worthy
> **Subject:** Health Unit-Medical Leave

Dear Ms. Richardson,

The copy of your doctor's note reporting your need for medical leave will be kept in your medical file; however, the health unit cannot approve your leave. Ultimately, the approval for medical leave has to come from your supervisor.

Jane Ovedovitz,RN,FNP
DOC Health Unit
Health Unit Coordinator, Nurse Practitioner
202-482-4088

Exhibit 28  Page 5

Time & Attendance: Untitled: com.threeis.webta.P550dataTASum

Page 1 of 1

| Name: | PARTHENIA RICHARDSON | | Pay Period: | 14 : Jul 10 to |
|---|---|---|---|---|
| Report Type: | Regular | | Leave Year: | 2005 |
| Status: | Validated | | | |

| Time In Pay: 80:00 | Other Time: 0:00 | Dollar Transactions: $0.00 | Dat |
|---|---|---|---|

### Time In Pay

| Transaction | Prv | Sts | Account Description | Jul 10 11 12 13 14 S M T W T | 15 F | 16 S | Wk1 | Jul 17 18 19 20 21 22 S M T W T F | 23 S | Wk2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular Base Pay | | | (NFC Stored Account) | | | | | | | |
| Regular Base Pay | | | (NFC Stored Account) | 8 | 5:30 | | | 13:30 8 | | 8 |
| Annual Leave | | | (NFC Stored Account) | 8 8 | | | | 16 | | |
| Sick Leave | | | (NFC Stored Account) | 8 | 2:30 | | | 10:30 8 8 8 | | 32 |
| Total | | | | 8 8 8 8 8 | | | 40 | 8 8 8 8 | | 40 |

### Approved Leave Requests

| Transaction | From Time | To Time | Hours |
|---|---|---|---|
| Accrued Annual Leave | Jul 12 2005 7:30 AM | Jul 13 2005 4:00 PM | 16:00 |
| Accrued Sick Leave | Jul 14 2005 7:30 AM | Jul 14 2005 3:30 PM | 8:00 |
| Accrued Sick Leave | Jul 15 2005 1:00 PM | Jul 15 2005 3:30 PM | 2:30 |
| Accrued Sick Leave | Jul 19 2005 7:00 AM | Jul 27 2005 3:30 PM | 56:00 |

### T&A Profile

| Pay Plan | General Schedule (reg) |
|---|---|
| Tour of Duty | Full Time |
| Duty Hours | 80 |
| Work Week | Mon-Fri |
| Alternative Schedule | Regular 8-hour Days |
| Agency | OS |
| State | DC |
| Town | 0010 |
| Unit | 15 |
| Timekeeper | 13 |
| Retain Data | Exception Processing |
| Account Data Code | Use Stored Account (NFC) |
| Stored Account (NFC) | 9980:27000000------ |
| Service Comp Date | Dec 15 2003 |
| Annual Leave Category | 4 hr/pp |
| Personal Leave Ceiling | 240:00 |

### Leave Data

| | Fwd | Accr | Avail | Used | Bal |
|---|---|---|---|---|---|
| Annual | 131:45 | 4:00 | 135:45 | 16:00 | 119:45 |
| Sick | 97:15 | 4:00 | 101:15 | 42:30 | 58:45 |

Your signature certifies that all reported time was worked and approved according to law and regulation.

Copyright © 1999-2004 3i Systems Inc.

Time & Attendance: Untitled: com.threeis.webta.P550dataTASum

Page 1 of 1

| Name: | PARTHENIA RICHARDSON | | | Pay Period: | 15 : Jul 24 to |
| Report Type: | Regular | | | Leave Year: | 2005 |
| Status: | Validated | | | | |

Time In Pay: **80:00**  Other Time: **0:00**  Dollar Transactions: **$0.00**  Day

### Time In Pay

| Transaction | Pfx-Sfx | Account Description | Jul 24 25 26 27 28 29 30 S M T W T F S | Wk1 | Jul 31 S | Aug 1 M | 2 T | 3 W | 4 T | 5 F | 6 S | Wk2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Base Pay | | (NFC Stored Account) | | | | | | | | | | |
| Annual Leave | | (NFC Stored Account) | | | | 1:15 | 8 | 8 | | 17:15 | |
| Sick Leave | | (NFC Stored Account) | 8 8 8 8 8 | 40 | 18 | 9 6:45 | | | | 22:45 | |
| Total | | | 8 8 8 8 8 | 40 | 8 | 8 | 8 8 8 | 40 | | | |

### Approved Leave Requests

| Transaction | From Time | To Time | Hours |
|---|---|---|---|
| Accrued Sick Leave | Jul 19 2005 7:00 AM | Jul 27 2005 3:30 PM | 56:00 |
| Accrued Sick Leave | Jul 28 2005 7:30 AM | Aug 05 2005 3:30 PM | 56:00 |

### T&A Profile

| Pay Plan | General Schedule (reg) |
|---|---|
| Tour of Duty | Full Time |
| Duty Hours | 80 |
| Work Week | Mon-Fri |
| Alternative Schedule | Regular 8-hour Days |
| Agency | OS |
| State | DC |
| Town | 0010 |
| Unit | 15 |
| Timekeeper | 13 |
| Retain Data | Exception Processing |
| Account Data Code | Use Stored Account (NFC) |
| Stored Account (NFC) | 5980127000000-------------- |
| Service Comp Date | Dec 15 2003 |
| Annual Leave Category | 4 hr/pp |
| Personal Leave Ceiling | 240:00 |

### Leave Data

| | Fwd | Accr | Avail | Used | Bal |
|---|---|---|---|---|---|
| Annual | 119:45 | 4:00 | 123:45 | 17:15 | 106:30 |
| Sick | 58:45 | 4:00 | 62:45 | 62:45 | -- |

Your signature certifies that all reported time was worked and approved according to law and regulation.

Copyright © 1999-2004 3i Systems Inc.

Exhibit 28  Page 7

Report Type: Regular
Status: Validated
Time In Pay: 80:00    Other Time: 0:00    Dollar Transactions: $0.00

## Time In Pay

| Transaction | Pfx | Sfx | Account Description | Aug 7 S | 8 M | 9 T | 10 W | 11 T | 12 F | 13 S | Wk1 | Aug 14 S | 15 M | 16 T | 17 W | 18 T | 19 F | 20 S | Wk2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Base Pay | | | (NFC Stored Account) | | | | | | | | | | | | | | | | |
| Regular Base Pay | | | (NFC Stored Account) | | 8 | 8 | 8 | | | | 24 | | 8 | | 8 | | | | 8 |
| Annual Leave | | | (NFC Stored Account) | | | | | 8 | 8 | | 16 | | | 8 | | 8 | 8 | | 32 |
| **Total** | | | | | 8 | 8 | 8 | 8 | 8 | | 40 | | 8 | 8 | 8 | 8 | 8 | | 40 |

## Approved Leave Requests

| Transaction | From Time | To Time | Hours |
|---|---|---|---|
| Accrued Annual Leave | Aug 11 2005 7:30 AM | Aug 11 2005 3:30 PM | 8:00 |
| Accrued Annual Leave | Aug 12 2005 7:30 AM | Aug 12 2005 3:30 PM | 8:00 |
| Accrued Annual Leave | Aug 15 2005 7:30 AM | Aug 16 2005 3:30 PM | 16:00 |

## T&A Profile

| | |
|---|---|
| Pay Plan | General Schedule (reg) |
| Tour of Duty | Full Time |
| Duty Hours | 80 |
| Work Week | Mon-Fri |
| Alternative Schedule | Regular 8-hour Days |
| Agency | OS |
| State | DC |
| Town | 0010 |
| Unit | 15 |
| Timekeeper | 13 |
| Retain Data | Exception Processing |
| Account Data Code | Use Stored Account (NFC) |
| Stored Account (NFC) | 5980127000000------ |
| Service Comp Date | Dec 15 2003 |
| Annual Leave Category | 4 hr/pp |
| Personal Leave Ceiling | 240:00 |

### Leave Data

| | Fwd | Accr | Avail | Used | Bal |
|---|---|---|---|---|---|
| Annual | 106:30 | 4:00 | 110:30 | 48:00 | 62:30 |
| Sick | -- | 4:00 | 4:00 | -- | 4:00 |

Your signature certifies that all reported time was worked and approved according to law and regulation.

Copyright © 1999-2004 3I Systems Inc.

Exhibit 28  Page 8

**Time and Attendance Records documenting Annual/Sick Leave for stress related absences:**

Time & Attendance: Untitled: com.threeis.webta.P550dataTASum

Page 1 of 1

| Name: | PARTHENIA RICHARDSON | Pay Period: | 17 : Aug 21 to : |
|---|---|---|---|
| Report Type: | Regular | Leave Year: | 2005 |
| Status: | Validated | | |

Time In Pay: 80:00        Other Time: 0:00        Dollar Transactions: $0.00

### Time In Pay

| Transaction | Pfx | Sfx | Account Description | Aug 21 22 23 24 25 26 27 S M T W T F S | Wk1 | Aug 28 29 30 31 Sep 1 2 3 S M T W T F S | Wk2 |
|---|---|---|---|---|---|---|---|
| Regular Base Pay | | | (NFC Stored Account) | | | | |
| Regular Base Pay | | | (NFC Stored Account) | | | | |
| Annual Leave | | | (NFC Stored Account) | 8 8 8 8 8 | 40 | 8 8 5 8 | 29 |
| Sick Leave | | | (NFC Stored Account) | | | 8 | 8 |
| Total | | | | 8 8 8 8 8 | 40 | 8 8 8 8 | 40 |

### Approved Leave Requests

| Transaction | From Time | To Time | Hours |
|---|---|---|---|
| Accrued Annual Leave | Aug 18 2005 7:30 AM | Aug 26 2005 3:30 PM | 56:00 |
| Accrued Annual Leave | Aug 29 2005 7:30 AM | Aug 29 2005 3:30 PM | 8:00 |
| Accrued Sick Leave | Sep 01 2005 12:30 PM | Sep 01 2005 3:30 PM | 3:00 |

### T&A Profile

| | |
|---|---|
| Pay Plan | General Schedule (reg) |
| Tour of Duty | Full Time |
| Duty Hours | 80 |
| Work Week | Mon-Fri |
| Alternative Schedule | Regular 8-hour Days |
| Agency | OS |
| State | DC |
| Town | 0010 |
| Unit | 15 |
| Timekeeper | 13 |
| Retain Data | Exception Processing |
| Account Data Code | Use Stored Account (NFC) |
| Stored Account (NFC) | 5980127000000----------- |
| Service Comp Date | Dec 15 2003 |
| Annual Leave Category | 4 hr/pp |
| Personal Leave Ceiling | 240:00 |

### Leave Data

| | Fwd | Accr | Avail | Used | Bal |
|---|---|---|---|---|---|
| Annual | 62:30 | 4:00 | 66:30 | 48:00 | 18:30 |
| Sick | 4:00 | 4:00 | 8:00 | 3:00 | 5:00 |

Your signature certifies that all reported time was worked and approved according to law and regulation.

Copyright © 1999-2004 3i Systems Inc.

Exhibit 28    pg 9

**EXHIBIT 25**



| **Fax Cover Sheet** | CCSI, L.P.<br>Insurance Adjusters and Risk Services<br>P.O. Box 542528<br>Dallas, TX 75354-2528 |
| --- | --- |

| **Company Name:** | Office of the Secretary |
| --- | --- |
| **Contact Name:** | David Bell, Deputy Director, Office of Security |
| **Fax Number:** | (202) 501-6355 |

IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service. Thank you.

Please call sender immediately if transmission is illegible or incomplete. Thank you.

| **Sender:** | Betty Willwerth, Sr. Human Resource Specialist |
| --- | --- |
| **Date:** | January 9, 2006 |
| **Regarding:** | Parthenia Richardson    25-2056695    #12716 |

Attached is a notice dated 1/3/06 from the Department of Labor denying Ms. Richardson's claim.

**Number of Pages Sent (including cover sheet):**    3

File Number: 252056695
Nodfoi-D-I

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 25 WAS
LONDON, KY 40742
Phone: (202) 513-6800

January 3, 2006

Date of Injury: 07/12/2005
Employee: PARTHENIA RICHARDSON

PARTHENIA RICHARDSON
12604 WINDBROOK DRIVE
CLINTON, MD 20735

Dear Ms. RICHARDSON:

## NOTICE OF DECISION

Your claim for compensation is denied as the evidence is not sufficient to establish that you sustained an injury as defined by the Federal Employees' Compensation Act (FECA).

You filed a timely claim for compensation as a Federal employee for an injury as referenced above. In order for further consideration to be given under the FECA, the evidence must demonstrate that 1) a specific event, incident or exposure occurred at the time and place, and in the manner alleged, and 2) a diagnosed medical condition is connected to the accepted trauma or exposure.

The evidence submitted is insufficient to establish that the event(s) occurred as alleged. Furthermore, there is no medical evidence that provides a diagnosis which could be connected to the claimed event(s).

You submitted a Form CA-2 Notice of Occupational Disease for a stress related condition due to a hostile work environment. In addition, you submitted a medical note date 08/16/2005, from Dr. Joseph Marnell. The Office also received a statement from your employing agency representative which was attached to your CA-2. You did not submit any additional factual and medical documentation at this time beyond what has been mentioned herein.

You were advised of the deficiencies in your claim in a letter dated 12/02/2005, and provided the opportunity to provide the necessary evidence. You submitted the following evidence in response: a Form CA-20 Attending Physician's Report, a medical note from Dr. Joseph Marnell dated 10/19/2005 and a medical prescription dated 10/05/2005 from Dr. Sam Tellawi. The additional evidence did not establish that you sustained an injury as defined by the FECA because as indicated above, evidence must demonstrate that 1) a specific event, incident or exposure occurred at the time and place, and in the manner alleged, and 2) a diagnosed medical condition is connected to the accepted trauma or exposure. To date, the Office has not received sufficient documentation to meet this burden of proof for your claimed condition.

File Number: 252056695
Nodfoi-D-I

The Federal Compensation Appeals Board has held that an:

*Appellant has the burden of establishing by the weight of the reliable, probative and substantial evidence that the conditions for which he claims compensation were caused or adversely affected by factors of his federal employment. This burden includes the submission of a detailed description of the employment conditions or factors which appellant believes caused or contributed to his conditions. This burden also includes the submission of rationalized medical opinion evidence, based on a complete factual and medical background of appellant, which shows a causal relationship between the conditions for which compensation is claimed and the implicated employment factors or conditions. Donald W. Long, 41 ECAB (Docket No. 89-1467 issued October 30, 1989)*

Based on these findings, the claim is denied because the requirements have not been met for establishing that you sustained an injury as defined by the FECA. Medical treatment is not authorized and prior authorization, if any, is terminated.

If you disagree with this decision, you should carefully review the attached appeal rights, and pursue whichever avenue is appropriate to your situation.

Sincerely,

*Harry Thomas*

HARRY THOMAS
Claims Examiner

Enclosure: Appeal Rights

US DEPARTMENT OF COMMERCE
OFFICE OF THE SECRETARY
C/O CCSI, L.P.
PO BOX 542528
DALLAS, TX 75354