UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PARTHENIA RICHARDSON** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-00517 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF COMMERCE** ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Plaintiff, by and through her undersigned counsel, hereby respectfully requests an extension of time until December 11, 2006, to submit Plaintiff's Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. Plaintiff's counsel contacted counsel for Defendant who consented to the extension. In support of this Motion, Plaintiff states as follows:

Plaintiff Richardson was just recently released from the hospital and undersigned counsel needs additional time to confer with her client concerning the Opposition. Because undersigned counsel needs to confer with the client, the Opposition has not been finalized. Undersigned counsel anticipates that an additional week will allow sufficient time for counsel to confer with Plaintiff and respond to Defendant's motion.

Accordingly, for the foregoing reason, Plaintiff's counsel has shown just cause why this motion should be granted. Additionally, the Agency has consented to this extension and should not be prejudiced by this delay. Accordingly, Plaintiff requests that she be given until December 11, 2006 to submit an Opposition to Defendant's Motion to Dismiss or Alternatively for Summary Judgment.

Dated: December 4, 2006                               Respectfully submitted,

                                                                                               _____/s/_____
                                                                                               Camilla C. McKinney, Esq.
                                                                                               Law Offices of Camilla C. McKinney PLLC
                                                                                               1100 Fifteenth Street, N.W., Suite 300
                                                                                               Washington, D.C. 20005
                                                                                               (202) 861-2934/(202) 517-9111 (fax)
                                                                                               Attorney for Plaintiff Parthenia Richardson

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2006, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment to be served electronically, via the CM-ECF system, to:

Charlotte A. Abel
Assistant United States Attorney
555 4th Street, NW., Civil Division
Washington, DC 20530
Attorney for Defendant

                                                                       _____
                                                                       Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**PARTHENIA RICHARDSON**            )
                                    )
                Plaintiff,          )
                                    ) Civil Action No. 06-00517 (ESH)
        v.                          )
                                    )
**CARLOS M. GUTIERREZ,**            )
**SECRETARY**                       )
**U.S. DEPARTMENT OF COMMERCE**     )
                Defendant.          )
_____)

## ORDER

Upon consideration of the Plaintiff's Consent Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss or Alternatively for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Plaintiff shall have until December 11, 2006, to file an Opposition to Defendant's Motion.

It is so ORDERED this _____ day of _____, 2006.


                                        _____
                                        U.S. District Court Judge