# PLAINTIFF'S EXHIBIT 2

## DECLARATION OF MS. KARI REID

Ms. Parthenia Richardson

    v.                                                    Agency Case No. 05-51-00166

U.S. Department of Commerce

I, Kari Reid, pursuant to 28 U.S.C. § 1746, hereby declare:

I understand that this is the claim accepted for investigation:

Complainant, formerly the Assistant Director for Counter Espionage, GS-15, Office of Security, Office of the Secretary, Department Of Commerce alleges that she has been subjected to a continuous pattern of discrimination and harassment constituting a hostile work environment due to her race (Black) and sex (female). She cites the following:

1. During the period of May to June 2005, Richard Yamamoto did not support her as a supervisor and challenged her employment actions, despite her having obtained guidance from the Office of Human Resources and the Office of General Counsel.

2. In June 2005, Yamamoto took away her ability to make supervisory decisions, including hiring selections.

3. Since June 2005, Yamamoto requires her to meet him on a weekly basis for 30 minutes to discuss supervisory decisions and duties.

4. During the period of May to June 2005, Yamamoto failed to provide her any positive feedback, despite receiving positive feedback from two major clients, and also failed to openly acknowledge her contributions to the organization.

5. During the period of April to June 2005, Yamamoto undermined her authority with staff by allowing them to come directly to him with their concerns and siding with them on controversial matters without first obtaining her rationale for employment decisions and actions.

6. In May 2005, Yamamoto allowed her Caucasian male counterparts and subordinate staff to communicate with her in a disrespectful and condescending manner.

7. During the period of April to May 2005, Yamamoto treated her with hostility and openly challenged any statements she made in staff meetings and other open forums.

8. On June 1, 2005, Yamamoto told her that he, his colleagues, and his staff did not have confidence in her ability to manage, and added that while he had received outstanding recommendations from previous supervisors and was excited about her coming on board, he now had doubts. At that time, Yamamoto also stated that he had no more "blue chips" available, and that he has used them all up.

Complainant also alleges retaliation for having engaged in the EEO complaint process when:

9.  On July 11, 2005, she was informed by Dave Bell, Acting Deputy Director, Office of Security, that effective July 12, 2005, she was being temporarily reassigned from her position as Assistant Director for the Counter Espionage Division for a period of 120 days.  She also learned that Thomas de Seve, a Caucasian male counterpart, was assigned to assume her responsibilities while continuing his current responsibilities.

10.  On July 11, 2005, Bell gave her a mid-year counseling that was less than favorable and cited items/issues that were inaccurate.

11.  On July 11, 2005, She was informed that she was to move out of her office so that de Seve could occupy my space. She contends that de Seve already had adequate space, which would have allowed him to effectively manage both his pre-existing duties and the duties reassigned to him. She further contends that Linda Guier and Susan Powers, two Caucasian, GS-14 female managers, were reassigned from under her supervision on May 9, 2005, yet were not required to relocate.

12.  She was required to move to a workspace where GS-14 employees had better accommodations.

13.  The duties given to her on her reassignment are GS-11 and GS-12 duties.

14.  On August 17, 2005, she spoke to Bell and requested reasonable accommodation, as recommended by her physician for stress and Bell commented, "You are not under any stress, we just moved you from stress."

15.  As a result of the refusal to comply with her request concerning the stress and to escape the hostile work environment, she "submitted an involuntary termination" (i.e., constructive discharge) on September 6, 2005.

For the purpose of this declaration I confirm that I am a Caucasian female.

*Are you an Intelligence Specialist?*

Initials _K̸L̸_

Response: Yes.

*What is your grade and series?*

Response: ZA-0132-04.

*For whom do you work?*

Response: Currently, Anthony Mira, Assistant Director for Anti-Terrorism. He is a new employee and has been here about two weeks. I would like to stipulate that Mr. Mira is not involved in any of the discriminative activities within the OSY. Jason Blanton held the position for about 60 days prior to Mr. Mira, but was out for surgery part of that time. I would like to stipulate that Mr. Blanton is not involved in any of the discriminative activities within the OSY. Robert Page held the position while Jason Blanton was out for surgery. David Bell previously held that position and was Acting Deputy Director for the Office of Security at the same time. He has since been promoted to Deputy Director. I received an email concerning his promotion sometime in July or early August.

*How long have you held this position/worked in the Office of Security?*

Response: I have been here since April of this year. I was hired from outside. I was formerly with the Department of the Army as a GS-13.

*During the period April to September 2005, what was your organizational relationship to Ms. Richardson/Mr. Yamamoto/Mr. Bell?*

Response: Ms. Richardson worked across the hall as the AD for the Personnel Security/Counterespionage section. We frequently worked with them concerning personnel and security issues. When I came, they had to do my security clearance so I worked with them on that.

Initials *K.R.*

Exhibit 9 Page 3

I was working for Mr. Bell when I was hired; he hired me.

Mr. Yamamoto is the Director of the Office.

*Do you have reason to believe Ms. Richardson was harassed?*

Response: Yes. The climate in the Office of Security is the worst I've seen in my nearly 20 years of US Government employment in terms of racial and gender discrimination.

*Why do you say that?*

Response: It's not a secret. The people in supervisory positions do not attempt to hide it. It's bizarre. All of us who are women know we will not be anything within the OSY. We are routinely treated with a condescending attitude. The men who are worker-bees who have the integrity to stand up and relay that what happens in here isn't right also find themselves "in the line of fire." Parthenia was the only female in a top leadership position. There were always actions taken to show they didn't want her in that position; for example, the male employees of all grades within my office openly discussed the leadership's disdain for her both in our office and downstairs in the cafeteria in front of anyone within hearing distance. One of the male GS-13 level employees who had about 5 months of Civil Service experience openly claimed to anyone who would listen that the OSY leadership ought to fire Ms. Richardson and promote him to GS-15 level so that he could run her office. The leadership turned a blind eye to this and the other snide remarks made about her by them; I can only assume that the men were informed of Mr. Yamamoto's/Mr. Bell's displeasure with Parthenia's performance, as she certainly would not have mentioned it to anyone. This is something that is

Initials *KR*

absolutely unethical and unacceptable to me. It is a private thing between an employee and their supervisor. Mr. Robert Page, the Assistant Director of Emergency Operations Center went out of his way to let the employees in our office know that he was "after her" during the period of time he spent as our Acting AD. Once she was fired, they brought her in our office to work on special projects. Mr. Page was in charge of our office because our supervisor was out for surgery. He wanted to know when she came in and when she left for home, and acted as if she was trying to cheat on her timecard. He let everyone know he was on her case. He is generally that type of person.

*Was he doing that to others?*

Response: He does things like that to every one of us. He's a very difficult person to deal with. They actually removed him and put him in another office because the women in the EOC had problems with him. Mr. Roston, the Assistant AD of the EOC did all he could to try to keep the peace in their office, but it really got to be too much. Mr. Page was physically moved out of the EOC office and into our office, so we have to deal with him now.

*Who moved him?*

Response: I couldn't say. Mr. Bell got promoted to Deputy Director and vacated his office. That same day, Mr. Page moved in. They tried to keep it hush-hush, they don't want to speak overtly about any action taken against a white male in the OSY, because they get offended; they're never fired or undergo character-assassinations like Parthenia did, and they continue to be in charge of their offices or remain in their positions, regardless of their behavior. I heard through

the grapevine that many people complained of the treatment, and Mr. Page's attitude. He did the same thing to our Administrative Assistant, Treece Linkins, an African-American female, when she had to work for him; she is one of the best, hardest-working employees in the OSY. The atmosphere was so terrible for people who worked in the EOC. There was constant friction. They still talk about now.

*Are all the people women who worked there?*

Response: We do have some guys, worker bees like the rest of us, not supervisors. When coworkers have problems, they will stand up and say, yes, there is a problem. Then they get treated badly, so people are not open to do anything. One man (Mr. Roston) is a retired fire chief. He'll only take so much. He has a gruff personality, but is very good-hearted over all, and a good leader. It only took watching other people being harassed for so long before he stood up and said it had to stop. He is not one of the White males who is retired military and is not welcome in their group. They didn't hide it and still don't.

*To your knowledge did Mr. Yamamoto fail to support Ms. Richardson as a supervisor?*

Response: I don't think he supported her at all. The general impression I have of him is that if you're not a White male and former military officer, he doesn't have anything favorable to say to you or about you. I think Mr. Yamamoto brought Ms. Richardson over on the recommendation of a former male colleague. This action created a significant amount of angst within the Personnel Security Section. There were women in Pers Sec who also applied for that job, and who were

highly qualified to do Parthenia's job and who had worked their way up within the section. When they were overlooked and not hired for the job, they were understandably not happy, and undeniably slighted by the OSY leadership. To add insult to injury, Parthenia was brought in by Mr. Yamamoto via the "favors between friends" policy, and I think the leadership should have known the situation would not turn out favorably, regardless of how hard Parthenia may or may not have worked and tried to make a success of it. While the "favors" policy might work for officers in the Army, it does not work regarding Civil Service positions at this level. In fact, federal employment laws and hiring policies were established to prevent this type of thing. When I arrived, it was obvious he didn't have much respect for her. I think her tenure started out badly, taking into account the disappointment of those who were not promoted from within, and that everything just progressed downhill from there. I don't think anyone who has the power to do anything about this ever will. This office is run or influenced by white male former military officers. If you're not in their club, you can hang it up. One of these men just left who had severe psychiatric problems. We were all subjected to his bizarre behavior and we complained to Mr. Bell and Mr. Yamamoto. Because he is a retired former military officer, and bragged that he attends Church with Otto Wolff, Mr. Yamamoto's supervisor, nothing was done. Because of his psychiatric condition and previous incidents, he couldn't get an SCI security clearance, which is a Government-Wide requirement to be a Series 0132 Intelligence Operations Specialist/Counterintelligence Agent. Mr. Yamamoto and Mr. Bell had actually discussed ways around the security

Initials _VL_

clearance requirement for we 0132-series personnel in order to give him the GS-14-equivalent Counterintelligence Agent slot within our office. The idea was ludicrous. He is a significant security risk. But, then again, he's a white male former military officer. He was finally moved out of our office after stealing and destroying classified information, accusing us of being spies, threatening to report us to the FBI, and repeatedly threatening to sue people in the office. We went through several internal investigations regarding his behavior. I am still hand-receipted for classified information which has disappeared. To my knowledge, the originating agencies were never notified of this, and there have been no damage assessments completed on the incident. His wife is a lawyer, and also attends Church with Mr. Otto Wolff, who is Mr. Yamamoto's supervisor. He was a Conditional employee. No action whatsoever was taken against him for any of his bizarre and unprofessional behavior. The OSY leadership just helped him get a job upstairs with BIS, which doesn't require a security clearance. As I said, if you're in the club, you can act with absolute impunity, and the OSY leadership will do all they can for you. We do have one African-American male (Mr. Nashid) in a GS-14 equivalent position; he's the SAIC of the Secretary's Protection Detail, and he's only in that position because the former Secretary, Mr. Evans, personally directed Mr. Yamamoto to promote him to the position. The OSY leadership doesn't treat him with any degree of respect; in fact there seems to be this strange "ego-thing" between them and him. It's a constant struggle. They don't want him to have the "influence" he had with the previous Secretary. Nearly all the Protection Detail employees are African

Initials V.R

American (currently all but one), and several are former military enlisted personnel. Those guys have an exhaustive schedule, and to their credit, the Secretary and his entourage are always well taken care of. I have the impression that the OSY leadership considers the $1 million cost of protecting the Secretary to be excessive, and for that reason, they don't support those guys as they should.

*Did Mr. Yamamoto he take away Ms. Richardson's ability to make supervisory decisions, including hiring selections?*

Response: I wasn't in a position to know.

*She stated he required her to meet with him on a weekly basis to discuss supervisory decisions and duties; undermined her authority with staff by allowing them to come directly to him with their concerns and side with them on controversial matters without first obtaining her rationale for employment decisions and actions; and allowed Ms. Richardson's Caucasian male counterparts and subordinate staff to communicate with her in a disrespectful and condescending manner.*

Response: The attitude of the white males in my office was that they were free to speak to her any way they pleased, and they did. They spoke both to her and about her condescendingly and disrespectfully. I was once in her office and saw everyone standing in a room in the back. People were all talking at the same time and Mr. Yamamoto was standing there with his arms folded. They were telling him what was making them unhappy in the office. I think this was just before they relieved her of her position. Mr. Yamamoto speaks condescendingly

Initials  V l

to all the women in the office. I have heard it repeatedly from the other women over and over again. I personally try to avoid contact with him because it is always demeaning in nature. Every time he comes into our office, if I see him looking at me, I know he's heading over to my desk to relieve some of his stress by taking out his anger on me. It doesn't matter what the subject is, or if I know anything about it, or have had anything to do with it. Everyone else generally keeps to themselves while he stands there and speaks to me as if I were the lowest form of life on earth. I always have to smile and be pleasant, and I don't know if I can convey in words how much it hurts me or causes me to lose my motivation to be a productive. If you are a GS-01 male in this organization, you will be spoken to by Mr.Yamamoto in much more of a professional manner than any woman in the office will, regardless of her experience, her position, or her paygrade.

*Ms. Richardson also stated he treated her with hostility and openly challenged statements she made in staff meetings and other open forums?*

Response: I wasn't in any of those staff meetings, but would like to comment that he does the same thing to me. I do everything I can to avoid being in meetings with him, and when we have our OSY All-Hands meetings, I sit in a chair toward the back of the room on purpose. I don't want him to notice me or to berate me in front everyone else.

*Did he fail to provide her any positive feedback and tell her that he, his colleagues, and his staff did not have confidence in her ability to manage?*

Initials _V.P._

Response: I am not aware of that, but it is consistent with his character and how he conducts himself in this office. I would be surprised to hear he gave her any positive feedback, it's just something that's not done.

*How did you become aware of management's treatment of Ms. Richardson, was this something you saw for yourself or heard from others?*

Response: Most of the time I don't say too much to too many folks. What I know is just from the atmosphere in this office and my own observations of groups of people in the office and division. I do my best to stay out of Mr. Yamamoto and Mr. Page's way. It is not very pleasant having any dealings with them. She was gone, she mentioned she had surgery, and was in her office at the same time I was in mine for not more than five entire days. You hear people say things and you put it together with the knowledge you already have and the behavior you see when dealing with people. That's how I formed conclusions about what was going on in this place.

*With regard to these incidents of alleged harassment, do you have reason to believe Mr. Yamamoto took such action based on race and sex discrimination?*

Response: Yes. The treatment was based on a very obvious disdain for women and a favoritism toward male former military officers. Parthenia is first a female. She is African-American and a retired non-commissioned officer. She didn't get a government education for free; she paid for it herself. They all had the same background. Mr. Yamamoto is a retired Army Colonel, Mr. Bell is a retired Army Lieutenant Colonel, Mr. Page is a former Marine Captain, Mr. Woodard is a former Army Officer. Ms. Richardson is a retired Army non-commissioned

Initials _VP_

officer. Mr. Yamamoto brought Kevin Sadler over with him from the

Transportation Safety Administration. I don't think he is retired military. Mr.

DeSeve is not former military, and he is considered outside the leadership clique

by the worker-bees. I worked for DoD for a long time and I was in the military for

15 years. There is a definite line between being an officer and enlisted and that

is still very obvious in this office, despite that fact that this is not the US Army.

*In a mid-year counseling Ms. Richardson received from Mr. Bell, he noted she*

*was responsible for the loss of key individuals, employees actively seeking other*

*employment, and even a temporary employee asking for release; an all time low*

*in morale in the division; loss of confidence in her by her managers; failing to*

*meet with the director on a weekly basis; rude, harsh, and dictatorial*

*communication skills; field office complaints; changing policy without approval;*

*failing to take responsibility for deficiencies in the division and attributing them to*

*others. Do you believe this assessment of her performance was correct and*

*accurate?*

Response: No, I don't. All of those allegations happen to be true for the

management and leadership skills of Mr. Yamamoto, Mr. Bell, Mr. Page and

every one of the other male supervisors, except Mr. Mira, Mr. Blanton, and Mr.

Nashid. People of all races and genders are trying to get out of here as soon as

they can. It is all far more true of their behavior than that of Ms. Richardson.

People want to leave the OSY because the leadership is corrupt. Our new

supervisor, Mr. Mira, has been here only two weeks and seems to be still like

himself. This office has a bad reputation, bad morale, and a clique at the top that

Initials _VR_

_9_   _12_

takes care of its special favorites, the former military officers. In the last 20 years, I have never been in a unit with such bad morale. Everyone is trying to find another job. I don't know one person who isn't. I don't know what Parthenia's policies were, but you don't hire a GS-15 and then not expect them to make decisions on their own. The white male GS-13 and GS-14 employees make decisions and set policy all the time in here. I don't know if they wanted consummate control. Our policies are always changing, evolving to cope with situations and fit in with what is needed to be done at that time.

*Minutes from an OSY Staff Meeting held on July 12, 2005 indicate the staff was advised Ms. Richardson would be focusing "on implementing several high-level departmental initiatives to include the declassification initiative and installation of SIPERNET connectivity. She was also supposed to support COOP, HSPD-12, Census Decennial and other [high] priority projects." To your knowledge, was Ms. Richardson actually assigned and working on any or all of these projects?*

Response: Not to my knowledge, in any way whatsoever. I'm surprised that they put that out. They are all massively large projects. HSPD-12 has had an entire group working on it for an entire year. SIPERNET has several people working on it here and in another agency. She was never involved in any of that stuff. Maybe they should have assigned her one of those projects, since she is a 15. It's ludicrous to think she would have been assigned all of them at one time. There are 20 some people working on them. I can't believe one person could oversee all that.

Initials ᏙᏐ

*Was Ms. Richardson assigned duties previously performed by an employee,*

*specifically Alarie Shyloon, who was at a significantly lower grade level?*

Response: I know they gave her a project to do when her desk was in the cubicle

in back of our work area. It was described by everybody as GS-9 or GS-12 work.

It was obvious to all that they were not giving her work commensurate with her

pay. I heard it was some project Alarie had worked on previously, but I don't

know what it was.

*Ms. Richardson states she was relocated from her office so it could be occupied*

*by Mr. deSeve, who was assigned responsibility for her division, as well as his*

*own, and that she was relocated to a significantly inferior work space. Did Mr.*

*deSeve actually assume responsibility for the Counter Espionage Division and*

*did he move to her former office?*

Response: No he did not, to my knowledge. They took Linda Guier, a GS-14

level worker and from within the office, but she was not moved into Parthenia's

office; Parthenia's office stayed vacant. They gave the job to Linda until they

could get a male in there. Linda has applied for that position and made the Cert

List the last three times it was advertised, but they refuse to let her be in charge

of that office. Most of the other Per Sec employees want her to be in the

position. Linda is also a former Army non-commissioned officer. They brought in

someone from Gaithersburg, Dane Woodard, a former Army officer. Linda out-

grades him (as a GS-14 equivalent vs. his GS-13 equivalent), but she now has to

work for him and call him her supervisor. He is now occupying Parthenia's old

Initials $\underline{KR}$

9     /4

office. I never saw Tom or anyone move in there until Dane came, just a few weeks ago. Linda was in the job maybe two months until they brought a man in.

*Could the office Ms. Richardson was assigned be described as a cubbyhole?*

Response: Yes, I would describe it that way. It has since been torn down. It did not have real walls. Partitions went from the floor to the ceiling. I don't think it could even be considered an office. It was not private. Nobody else wanted to sit in there. They put her in there because it was available.

*Do you know why it was necessary for Ms. Richardson to vacate her office and be relocated to the space she was assigned?*

Response: No, I have no idea. The day I went to their office and saw Mr. Yamamoto standing with his arms crossed and people standing around talking about what pleased and displeased them in the office, there was tension in the air and arguing going on. The next thing that happened, Mr. Bell came in to our office and announced to the whole room that he just had to fire Parthenia. He said she was going to be over here and working on special projects in that back area. That was it.

*Do you believe the actions taken by management were humiliating?*

Response: Yes, I would say that. Mr. Bell stuck her back there after announcing to the world that he had to fire her. It was not tactfully done. The character-assassination went on from there.

*To your knowledge, was Ms. Richardson experiencing any medical problems?*

Response: No. I did hear that after she was relieved that she went and had surgery done. I don't know what it was for.

Initials V.L.

9      15

*Did she request or did management take any action to accommodate any medical problems Ms. Richardson may have experienced?*

Response: There were some snide comments by Mr. Page that she was on sick leave while she was in our office. He was then our Acting Director because Mr. Blanton had to have surgery. There were comments by him about not knowing if she was coming back, that she was on sick leave every day. After Mr. Bell was promoted to Deputy Director in July or early August, Jason Blanton came in. He is a white male, but he is not outwardly condescending like the others; he did not treat Parthenia badly or talk about her like some of the other members of the leadership did. He is a former enlisted military member, and is therefore not really eligible to be in their leadership clique.

*Do you believe management generated a stressful situation for Ms. Richardson, through the counseling she received, her reassignment, and her relocation in order to force her to resign?*

Response: Yes. I think that was the intention the whole time. This was not the first time this was done from what I understand. They've done it to some of the worker bee men, if they decide you're a liability. In the case of one man who did not go in for nasty comments and so forth and said so, they went out of their way to make him miserable and force him to find another job, which he did. I think that was what they were trying to do to Parthenia too. I don't recall that person's name; he was leaving just as I came. I can find his name and provide it later.

*Would you please try to find his name and provide it below when you review your declaration.*

Initials _KR_

9       16

Response: His name is Mark Johnson. He and Bob Hudson used to run my section within the office, and I was told they both left because the OSY leadership is so terrible. They were both intelligence professionals with a number of years of experience before they arrived here.

*Did management take such action based on reprisal for Ms. Richardson's EEO complaint?*

Response: I don't know at what point she filed a complaint. There were rumors she would and maybe it would go through. She never told me if she did. It must have been a factor in their less than acceptable treatment. I don't know the point at which she filed and their behavior became worse.

*Are you aware of anyone else filing an EEO complaint?*

Response: Not that I know of.

*Did you file an EEO complaint?*

Response: No, I didn't. I went to the chain of command and requested assistance with the member who had the psychiatric problem. That was not an EEO complaint. I went to Mr. Bell, who was in charge at the time, and my request was to be routed through him to Mr. Yamamoto. I requested an answer in writing not later than July 22, but I never received a reply. The person with the psychiatric problems had allegedly reported all of us in the office to the FBI as spies. Mr. Bell has told me that the issue is "with the OGC's office" but I doubt that claim is true. Mr. George Lee has repeatedly requested the status of the situation in writing to Mr. Bell, and has received no response whatsoever. After what happened with that situation, coupled with the daily behavior of the leadership

Initials KR

the and goings-on within the OSY, I have no confidence in the integrity of any supervisor in this organization, except for Mr. Mira, Mr. Blanton, and Mr. Nashid.

*Was this man a supervisor?*

Response: No. They almost made him one, but the CIA refused to grant him access to top secret SCI information. They were going to let him be a supervisor. They wanted him to be a supervisor. Mr. Yamamoto and Mr. Bell discussed doing it and not requiring him to have a clearance like the rest of us. When they realized he could not get a security clearance, they dropped the idea to make him a supervisor and got him a job with the Bureau of Industry and Security. He could be a supervisor there without the same clearance we have to get.

*Do you recall this man's name and race? If so, please provide it.*

Response: His name is Anthony Christino III, and he is a white male retired military officer whose wife is a lawyer. According to him, he attends Church with Otto Wolff, Mr. Yamomoto's supervisor, and therefore has "political protection" within the Department of Commerce. Mr. Christino has a well-documented psychiatric condition for which he was determined to be a "60% disabled veteran with a 10-point hiring preference" from the US Army. Mr. Christino has stated that he currently receives over $900 monthly in disability payments from the Veteran's Administration for this disability, and that it is somewhat offset by his retired-military pay.

*Is there anything else you want to tell me?*

Response: I feel so bad for everybody involved, all the underlings that worked for her. There were people in her office who liked her and there were those who

Initials KP

didn't. The leadership created turmoil and carried it one more step moving her and giving her menial work in front of every one. The situation could have been handled better. The leadership caused strife and animosity in the office and division. The leadership ruined her reputation, and I'm sure that negatively impacted on her self-esteem. I think they meant it as an example to the rest of us of just how badly they could make it for someone that wasn't in their clique. She was the only member of the leadership who was in any way pleasant, even to someone like me who is just a worker-bee. She would acknowledge your presence if she passed you in the hallway, etc. She did not go out of her way to defend herself against all the cruel and unprofessional things they did to just humanly ruin her. They have always acted with impunity, and will continue to do so. The Law just doesn't apply to them. Maybe its possible that this investigation will cause someone above them who has the integrity and the intestinal fortitude to do the right thing to take some action down here in the OSY and place some individuals with real management skills in charge of this mess. I imagine that the leadership will attempt to point to the "87 % employee approval rating" they calculated last month as some sort of basis for a claim that people like it here; however the fact that they made us worker-bees answer the rating questionnaire directly before we received our annual Performance Evaluations is not lost on any of us. It is actually somewhat of a standing joke here in the OSY. Thank you very much for taking the time to listen to me about this subject. Nothing Follows.

Initials _V R_

I have read the above statement consisting of 19 pages. I declare under the penalties of perjury that my statement is true, correct and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_Kari Reid_
Kari Reid

Executed on: _17 November 2005_

In-Reply-To: <20051207.083853.17776.73213@webmail11.lax.untd.com>
To: "Carolyn Blaszczyk" <cbis4@netzero.com>
Subject: Re: EEO Investigation
MIME-Version: 1.0
X-Mailer: Lotus Notes Release 6.5 September 26, 2003
Message-ID: <OF699023BC.3F0F9D98-ON852570D5.007F2682-852570D5.007F6197@doc.gov>
From: KReid@doc.gov
Date: Mon, 12 Dec 2005 18:11:21 -0500
X-MIMETrack: Serialize by Router on Jackson/SVR/Osnet(Release 6.5.4|March 27, 2005) at
12/12/2005 06:11:21 PM,
   Serialize complete at 12/12/2005 06:11:21 PM,
   Itemize by SMTP Server on Madison/SVR/Osnet(Release 6.5.4|March 27, 2005) at
12/12/2005 06:12:38 PM,
   Serialize by Router on Madison/SVR/Osnet(Release 6.5.4|March 27, 2005) at
12/12/2005 06:12:40 PM,
   Serialize complete at 12/12/2005 06:12:40 PM
Content-Type: multipart/alternative; boundary="=_alternative 007F6195852570D5_="
X-ContentStamp: 5:2:2408274548
X-UNTD-Peer-Info: 170.110.225.186|mail1.osec.doc.gov|madison.osec.doc.gov|KReid@doc.gov
X-UNTD-UBE:-1


Carolyn,

Race of those three individuals is Caucasion; EOC is the acronym for the Emergency Operations Center.

Thanks,

Kari Reid


| | |
|---|---|
| **"Carolyn Blaszczyk" <cbis4@netzero.com>** | To KReid@doc.gov |
| 12/07/2005 11:38 AM | cc |
| | Subject EEO Investigation |


Ms. Reid,

I just have a few questions based on your responses in the declaration.

What is the race of Messrs. Roston, Johnson, and Hudson?

What does EOC stand for and what Office is it in?

You can reply by return email and I'll include the email with your declaration.

I am completing my investigation and would appreciate it if you could respond today.

Thank you.

Carolyn Blaszczyk
Investigator, ICRIS

Exhibit 9 Page 21