# PLAINTIFF'S EXHIBIT 3

# DECLARATION OF MS. DELORES PETTYJOHN

Ms. Parthenia Richardson

v.  Agency Case No. 05-51-00166

U.S. Department of Commerce

I, Delores Pettyjohn, pursuant to 28 U.S.C. § 1746, hereby declare:

I understand that this is the claim accepted for investigation:

Complainant, formerly the Assistant Director for Counter Espionage, GS-15, Office of Security, Office of the Secretary, Department Of Commerce alleges that she has been subjected to a continuous pattern of discrimination and harassment constituting a hostile work environment due to her race (Black) and sex (female). She cites the following:

1. During the period of May to June 2005, Richard Yamamoto did not support her as a supervisor and challenged her employment actions, despite her having obtained guidance from the Office of Human Resources and the Office of General Counsel.

2. In June 2005, Yamamoto took away her ability to make supervisory decisions, including hiring selections.

3. Since June 2005, Yamamoto requires her to meet him on a weekly basis for 30 minutes to discuss supervisory decisions and duties.

4. During the period of May to June 2005, Yamamoto failed to provide her any positive feedback, despite receiving positive feedback from two major clients, and also failed to openly acknowledge her contributions to the organization.

5. During the period of April to June 2005, Yamamoto undermined her authority with staff by allowing them to come directly to him with their concerns and siding with them on controversial matters without first obtaining her rationale for employment decisions and actions.

6. In May 2005, Yamamoto allowed her Caucasian male counterparts and subordinate staff to communicate with her in a disrespectful and condescending manner.

7. During the period of April to May 2005, Yamamoto treated her with hostility and openly challenged any statements she made in staff meetings and other open forums.

1 of 10  Initials _____

8. On June 1, 2005, Yamamoto told her that he, his colleagues, and his staff did not have confidence in her ability to manage, and added that while he had received outstanding recommendations from previous supervisors and was excited about her coming on board, he now had doubts. At that time, Yamamoto also stated that he had no more "blue chips" available, and that he has used them all up.

Complainant also alleges retaliation for having engaged in the EEO complaint process when:

9. On July 11, 2005, she was informed by Dave Bell, Acting Deputy Director, Office of Security, that effective July 12, 2005, she was being temporarily reassigned from her position as Assistant Director for the Counter Espionage Division for a period of 120 days. She also learned that Thomas deSeve, a Caucasian male counterpart, was assigned to assume her responsibilities while continuing his current responsibilities.

10. On July 11, 2005, Bell gave her a mid-year counseling that was less than favorable and cited items/issues that were inaccurate.

11. On July 11, 2005, She was informed that she was to move out of her office so that deSeve could occupy my space. She contends that deSeve already had adequate space, which would have allowed him to effectively manage both his pre-existing duties and the duties reassigned to him. She further contends that Linda Guier and Susan Powers, two Caucasian, GS-14 female managers, were reassigned from under her supervision on May 9, 2005, yet were not required to relocate.

12. She was required to move to a workspace where GS-14 employees had better accommodations.

13. The duties given to her on her reassignment are GS-11 and GS-12 duties.

14. On August 17, 2005, she spoke to Bell and requested reasonable accommodation, as recommended by her physician for stress and Bell commented, "You are not under any stress, we just moved you from stress."

15. As a result of the refusal to comply with her request concerning the stress and to escape the hostile work environment, she "submitted an involuntary termination" (i.e., constructive discharge) on September 6, 2005.

For the purpose of this declaration I confirm that I am a Black female.

*Information I received from the HR office reflects you are a Security Assistant, ZS-0086-03 in the Counter Espionage Division. Is that correct?*

Response: Yes.

*Did you work for Mr. Milne prior to February 2005?*

Response: Yes, Alan Milne. He is Caucasian.

*Who were you working for after Ms. Richardson was detailed to Special Projects Officer?*

Response: Tom deSeve.

*How long have you worked in the Counter Espionage Division?*

Response: I've been in OSY ~~over 18 years~~ since 2/87. I don't know how long I've been in the Counter Espionage Division. I thought you'd be asking me questions about Parthenia, not me.

*Do you have reason to believe Ms. Richardson was harassed during her employment with OSY?*

Response: Yes, she was.

*Why do you say that?*

Response: She was set up from the first day she started working ~~here~~ in OSY. She came on board in March of this year. I think she did a terrific job, as far as putting the organization together. I don't know ~~where~~ what the problem ~~was, but she had no end of them~~ existed. She always had to report to the ~~manager~~ Director of Security on Monday mornings. The people under her didn't support her, not even her boss.

*Who in her division was not supporting her?*

Response: Rich Yamamoto. Alarie Shyloon, in particular, Starlene Hilton, Susan Powers, Linda Guille, Michael Bodi

3 of 10                                                    Initials [sig]

*Do you know why Alarie didn't support her?*

Response: I don't know. She never met deadlines for the tasks that were given to her. It was always something.

*How did Mr. Yamamoto not support her?*

Response: ~~She~~ Parthenia said he bluntly told her that he didn't have any confidence in her.

*Did Ms. Richardson tell you he said that to her?*

Response: Yes.

*Did managers and Ms. Richardson's subordinate staff communicate with her in a disrespectful and condescending manner?*

Response: I don't know what went on with Linda Guier, she didn't specify too much about her or Susan Powers, ~~I don't know what went on,~~ but Parthenia had Linda and Susan removed. After Parthenia left the division and went to the Anti-Terrorism Division in July, somehow Linda came back in the same position but not Susan.

*Do you know why Ms. Richardson had them removed?*

Response: I know Susan bucked authority. I can't speak for Linda.

*Were you aware of how Ms. Richardson was being treated by Mr. Yamamoto because she told you what he was saying and doing to her?*

Response: Yes, primarily because she told me. In my position, I didn't attend senior staff meetings. Parthenia said he would always ask her questions and have her report to him every Monday, like she was a child. I don't know if she was singled out. She never said anything about the other people. Then her health diminished because of what was going on.

*What things were going on?*

Response: Her authority was questioned. ~~Job openings came about~~ — it was her [job and decision] ~~right to hire who she wanted~~ [who she was to hire was overRode] and that was knocked down. It was just the harassment. I didn't know her before she came to Commerce, but she said she [her health condition didn't exist prior to her coming on board at DOC] ~~never had this before~~. She couldn't keep food down. Her doctor said she should be removed from the hostile environment and that's when they moved her over to the Anti-Terrorism Division, but that still didn't relieve ~~her~~ [the stress she was under]. I was like her assistant, so she confided in me ~~a lot~~.

*Do you have reason to believe Mr. Yamamoto discriminated against Ms. Richardson because of race and sex?*

Response: I believe so.

*Why?*

Response: Because I [have] ~~had~~ the same problem. First of all, she's been the only female [osy] Black AD ~~we've~~ had. All the other AD's ~~are~~ [were] Caucasian males.

*That's a fact, but why is it a motive?*

Response: I don't know. I can't get into their heads. They never had a Black female, except for her. I didn't see others treated that way. They challenged her doctor's excuse. ~~It looked like they took their own good time moving her over to the Anti-Terrorism Division~~ [Tom DeSeve move Parthenia]. When I asked about her ~~when she moved~~, I was told she was working on Special Projects. I asked ~~her~~ why she was moved and she said they wanted her to do work that Alarie didn't do.

*Why would they have hired a Black female in February and then treated her that way "from the first day she started working here"?*

Response: I don't know. ~~She doesn't either.~~ Only they would know the answer. I guess if she knew how they were going to treat her, she wouldn't have accepted the position. She's a strong Black female and I guess when she came in and made changes, they weren't ready for it. It was like she was rocking the boat, disturbing what they were use to doing. I am the same way, I rock the boat to ~~and make changes and they don't like it~~.

*What changes did Ms. Richardson make?*

Response: ~~People were granting people clearances when they have a record.~~ A lot of things were done that shouldn't have been. We deal with ~~a lot of~~ politicals. She just mentioned a certain party was granting clearances when they had a ARREST record. People wanted to cover it up. Carla Fisher was removed at Parthenia's request. I don't know why. When Parthenia was removed from that side, they brought all the people back, Carla and Linda Guier.

*Ms. Richardson sent me an email that you had sent when that happened. You informed her that Carla was coming back to the Counter Espionage Division. Ms. Richardson replied back to you saying something like, "they're playing right into my hands." Do you know what she meant by that?*

Response: No, unless she meant Carla had a lot of records in her office pertaining to personnel. ~~I know she had a lot of~~ files that she shouldn't have had because of things she and her family were involved with; something with the police. She shouldn't have been dealing with security files at all.

*Ms. Richardson was held responsible for a number of problems in the division including the loss of two experienced individuals, Ms. Herbert and Mr. Bodin; employees seeking other employment; an employee temporarily assigned from*

*Suitland asking for release; and morale in the division being at an all time low.*

*Were you or your coworkers unhappy with how you were treated by Ms. Richardson?*

Response: I can't speak for everyone else, but she helped me. She was my mentor. ~~She got me enrolled in a Professional Administrative Certificate Program so I could move up as a management analyst. I don't know how that will help me now.~~ She did a lot for me. As far as morale, I was sitting in the back of the division doing archiving. When she came along, I talked to her about my skills and abilities being wasted and she was on the verge of helping me move to where they could be utilized. I was working with her scheduling her meetings.

[handwritten annotations: "If people were unhappy you cannot blame her. They needed someone to blame — Who are they blaming now?"]

[handwritten: "and special proj everyone She treated ~~people~~ with dignity and respect"]

*People are leaving now. Are they still blaming Parthenia?*

*Did you hear anyone complaining about her?*

Response: No, I heard nothing but good things. [handwritten: "HR was"] ~~They~~ were sorry she left. She always [handwritten: "found"] ~~had~~ time to explain things [handwritten: "until understood"] ~~to people~~. She said several people wrote nice [handwritten: "letters while she was"] things about her ~~being~~ there. ~~If people were unhappy, you can't put the blame on her. They just needed someone to blame. Who are they blaming now?~~

*Would you say morale in the division was "at an all time low" while Ms. Richardson was there?*

Response: Yes and it still is. [handwritten: "Employees didn't want to do the work assigned to them"]

*Was it worse after she was assigned there?* [handwritten: "about the same"]

Response: I can only testify ~~about~~ [handwritten: "regarding"] myself. I have an EEO complaint right now against Linda Guier. [handwritten: "I am probably not the right one to answer that question."]

*Is she your supervisor?*

7 of 10                                                    Initials ___

10   7

Response: I don't know what she is. She said she was not. She said she is no longer handling my performance appraisal. They have me working in one division and someone else is the supervisor. The whole organization is a mess. ~~You don't even know who you work for~~ It's a lack of communication ~~in that place. You don't know where you stand.~~ With Parthenia, there was some kind of order.

*Were there people in your division that thought Ms. Richardson was rude, harsh, and dictatorial?*

Response: I don't know what they thought. If they know ~~you're in~~ I'm working side-by-side with somebody, they are not going to bad mouth her to me. If they talked about her, it was not to me. Because I worked so close to her, they didn't care too much for me either. I'd be the last one they'd talk to about her. She's never rude. I kept her calendar and I escorted people into her office. She was very pleasant and never rude. You've got to be firm when you want a task done. She was professional and stated she wanted it completed, but not in a derogatory manner. She was not unprofessional.

*Do you know why people may have said that she was rude?*

Response: As I stated, she was uncovering a lot of stuff and people don't like that. You become comfortable and you don't want waves. People come in and don't want to hear background checks have to be done. They just want a clearance. People probably didn't like that. She was just doing her job, ~~but they don't want you to do it.~~

8 of 10                                                                 Initials _____

*Do you know the space in the Anti-Terrorism Division that Ms. Richardson was assigned when she was detailed as Special Projects Officer?*

Response: No, I never went over there more than two or three times. I stay mostly in my office. I stay focused on my work.

*Do you have any reason to believe Mr. Yamamoto or Mr. Bell would try to force Ms. Richardson to resign her position?*

Response: I believe so.

*Why?*

Response: Because of all they were putting her through. I don't see how she stood it. Every day there was always something new. She said she was singled out at meetings. It took a toll on her health. She had several operations.

*Would they take reprisal action for her having filed an EEO complaint?*

Response: Who knows? I don't know.

*Is there anything else you want to tell me?*

Response: I think you've pretty much covered everything. You know she resigned on 9/6/05. I guess that was a surprise to them.

*Who would have been surprised by Ms. Richardson's resignation and why would they have been surprised?*

Response: Yamamoto and Dave Bell. They would have been surprised because I don't believe she gave them ample notice. People take a lot because of bills to be paid — lack of finances.

9 of 10                                                            Initials ___

I have read the above statement consisting of __10__ pages. I declare under the penalties of perjury that my statement is true, correct and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_D. Pettyjohn_
Delores Pettyjohn

Pettyjohn

Executed on: __11/26/05__

3 of 10   Why do you say that?

I don't know what problems existed. She always had to report to the Director of Security on Monday mornings.

Who in her division was not supporting her?

Starlen Milton, Susan Powers, Linda Guier, Michael Bodin.

5 of 10

Her authority was questioned. Who she was to hire was OVERRODE — it was her job and decision to hire who she thought was qualified for position and that was knocked down. It was just the harassment. I didn't know her before she came to Commerce, but she said her health condition didn't exist prior to her coming on board at DOC.

7 of 10

If people were unhappy, you can not blame her. They needed someone to blame — why not the new kid on the block. Who are they blaming now?

She treated everyone with dignity and respect.

10   11