UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTHENIA RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, )<br>Secretary, U.S. Department of Commerce, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06-00517 (ESH) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO
FILE REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

Plaintiff, by and through its undersigned counsel, hereby respectfully requests an extension of time until January 19, 2007, to submit a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and For Summary Judgment ("Plaintiff's Opposition"). Agency counsel contacted Plaintiff's counsel, who consented to the extension. In support of this Motion, Defendant states as follows:

The current deadline to file a reply is December 21, 2006. Agency counsel originally assigned to this case is no longer with the Agency and subsequently assigned counsel is currently on maternity leave from the Agency. Thus Defendant's counsel respectfully requests that it be given adequate time to confer with newly assigned Agency counsel to respond to Plaintiff's Opposition.

Defendant's counsel submits that the foregoing reason establishes just cause as to why this motion should be granted. Moreover, Plaintiff's counsel has consented to this

extension and Plaintiff will not be prejudiced by this delay. Accordingly, Defendant's counsel, requests that it be given until January 19, 2007, to submit a Reply to Plaintiff's Opposition.

Dated: December 15, 2006          Respectfully submitted,

                               /s/
                               JEFFERY A. TAYLOR
                               D.C. Bar No. 498610
                               United States Attorney

                               /s/
                               CHARLOTTE A. ABEL
                               D.C. Bar No. 388582
                               Assistant United States Attorney
                               555 Fourth St., N.W.
                               Washington, D.C. 20530
                               (202) 307-2332

Agency Counsel:

Allison J. Boyle
U.S. Department of Commerce
Office of General Counsel
Employment & Labor Law Division
14th Street & Constitution Ave., N.W.
Room 5717
Washington, D.C. 20230