# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTHENIA RICHARDSON,           ) | |
| )                                | |
| Plaintiff,                    ) | |
| )                                | |
| v.                               ) | Civil Action No. 06-00517 (ESH) |
| )                                | |
| CARLOS M. GUTIERREZ,             ) | |
| Secretary, U.S. Department of Commerce, ) | |
| )                                | |
| )                                | |
| Defendant.                    ) | |
| )                                | |

## ORDER

Upon consideration of the Defendant's Consent Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and For Summary Judgment, and the entire record herein, it is ORDERED that the Defendant shall have until January 19, 2007, to file a Reply to Plaintiff's Opposition.

It is so ORDERED this _____day of _____, 2006.

_____
U.S. District Court Judge