UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARTHENIA RICHARDSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-00517 (ESH) |
| **CARLOS M. GUTIERREZ, Secretary,** **U.S. Department of Commerce,** | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant's "Motion to Dismiss and for Summary Judgment" [# 8] is **GRANTED IN PART** and **DENIED IN PART**; and it is hereby

**ORDERED** that Count II of plaintiff's amended complaint be **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that an initial scheduling conference is set for March 22, 2007, at 9:45 a.m.

                                                                            s/
                                             ELLEN SEGAL HUVELLE
                                             United States District Judge

Date: February 26, 2007