#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PARTHENIA RICHARDSON**   )<br>)<br>Plaintiff,   )<br>  ) Civil Action No. 06-00517 (ESH)<br>v.   )<br>  )<br>**CARLOS M. GUTIERREZ,**   )<br>**SECRETARY**   )<br>**U.S. DEPARTMENT OF COMMERCE**   )<br>Defendant.   )<br>_____) | |

#### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.6(c) undersigned counsel for Plaintiff Parthenia Richardson hereby files this Motion to Withdraw Appearance in the above referenced case due to irreconcilable differences. No trial date has been set in this case.

Pursuant to Local Rule 83.6(c) undersigned counsel makes the following certification:

The last known address for Plaintiff Parthenia Richardson is 12604 Windbrook Drive, Clinton, MD 20735.

Undersigned counsel has served a copy of this Motion to Plaintiff Parthenia Richardson and a Notice advising the Plaintiff to obtain other counsel, or, if the Plaintiff intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk of the Court in writing within five (5) days of service of the Motion upon the Plaintiff.

For all the foregoing reasons, undersigned counsel respectfully requests that the Court grant this motion and withdraw the appearance of undersigned counsel.

Dated: August 22, 2007    Respectfully submitted,

_____/s/_____
Camilla C. McKinney, Esq.
DC Bar No. 448776
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934 (telephone)
(202) 517-9111 (facsimile)
Attorneys for Plaintiff Parthenia Richardson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2006, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance to be served electronically, via the CM-ECF system, to:

Charlotte A. Abel
Assistant United States Attorney
555 4th Street, NW., Civil Division
Washington, DC 20530
Attorney for Defendant


And by U.S. Mail, postage pre-paid, to:

Parthenia Richardson
12604 Windbrook Drive
Clinton, MD 20735

_____/s/_____
Camilla C. McKinney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
**PARTHENIA RICHARDSON**            )
                                                      )
                        Plaintiff,              )
                                                      ) Civil Action No. 06-00517 (ESH)
            v.                                    )
                                                      )
**CARLOS M. GUTIERREZ,**           )
**SECRETARY**                              )
**U.S. DEPARTMENT OF COMMERCE**  )
                        Defendant.            )
_____)

     Upon consideration of the Motion to Withdraw Appearance, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED this _____ day of _____, 2007.

                                                                                 _____
                                                                                 US District Court Judge