UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTHENIA RICHARDSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-517 (ESH/JMF) |
| | ) |
| CARLOS M. GUTIERREZ | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Plaintiff respectfully requests that the Clerk of the Court enter the appearance of Cathy A. Harris, of the firm Kator, Parks & Weiser, PLLC, as counsel for Plaintiff for the limited purpose of mediation in the above-captioned case.

Dated: November 27, 2007

Respectfully submitted,

Cathy A. Harris, Bar No. 467206
Kator, Parks & Weiser, PLLC
1020 19th Street, NW Suite 350
Washington, DC 20036
(202) 898-4800
Fax: (202) 289-1389