Parthenia Richardson<br>
12604 Windbrook Drive<br>
Clinton, Maryland 20735<br>
H: (301) 292-2059/Cellular: (202) 903-5215<br>
partheniarichardson@verizon.net

August 24, 2007

Charlotte A. Abel
Assistant United States Attorney
United States Department of Justice
555 Fourth St., N.W.
Washington, D.C. 20530

**Reference: RICHARDSON vs. CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce, Civil Action Number: 06-00517 (ESH)**

Dear Ms. Abel:

This letter is to 1) inform you that I am no longer represented by counsel, and 2) would like to begin settlement discussions. Please contact me at your earliest convenience to discuss.

In the meantime, I plan to initiate discovery under separate correspondence.

Sincerely,

Parthenia Richardson

Attachment:
Certificate of Service

I certify that the attached documents were sent as indicated this day to each of the following:

|  |  |
|---|---|
|  | **Agency Representative** |
| U.S. Certified Mail | Allison J. Boyle<br>Department of Commerce<br>Employment and Labor Law Division<br>Office of General Counsel<br>14th & Constitution Avenue, NW<br>Washington, DC 20230 |
|  | **U.S. Department of Justice Representative** |
| U.S. Certified Mail | Charlotte A. Abel<br>Assistant United States Attorney<br>United States Department of Justice<br>555 Fourth St., N.W.<br>Washington, D.C. 20530 |
| U.S. Certified Mail | **United States District Court**<br><br>The Honorable Ellen Segal Huvelle<br>United States District Court<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 |

8/25/07
Date

*(signature)*
Parthenia Richardson
Plaintiff pro se

Parthenia Richardson
12604 Windbrook Drive
Clinton, Maryland 20735
H: (301) 292-2059/Cellular: (202) 903-5215
partheniarichardson@verizon.net

August 24, 2007

Charlotte A. Abel
Assistant United States Attorney
555 Fourth St., NW
Washington, D.C. 20530

**Reference: RICHARDSON vs. CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce, Civil Action Number: 06-00517 (ESH)**

Dear Ms. Abel:

This letter is to respectfully request discovery on the following items from the United States Department of Commerce, as approved in Memorandum Opinion dated February 26, 2007:

- All Agency documentation to include sworn declarations from Mr. Willie "Jay" Jamison, Employee and Labor Relations Specialist, Mr. John Guenther, Employment Attorney, and Mr. Brian DiGiacomo, Chief Employment & Labor Law Division that reflects the meeting between Plaintiff, Willie "Jay" Jamison and John Guenther in late May 2005 to express her concerns about Mr. Yamamoto's discriminatory behavior as well as the personnel action of Carla Fisher. Meeting was initially scheduled with Brian DiGiacomo, and Willie "Jay" Jamison, John Guenther was asked to take the meeting for Mr. DiCiacomo.

- Plaintiff requests sworn declarations of Ms. Bernadette Worthy and Mr. Otto Wolf to determine when management was first notified of the Plaintiff's initial discussions of the potential of filing an EEO complaint. Plaintiff needs to obtain discovery on this issue to determine exactly what date management became aware that Plaintiff discussed her concerns about her treatment by Mr. Yamamoto and her intent to file an EEO complaint.

It is anticipated that the declarations of these individuals, obtained through discovery, will show that Mr. Yamamoto became aware of Plaintiff's EEO complaint well before June 20th which will satisfy the last element of the Plaintiff's prima facie case.

Sincerely,

Parthenia Richardson

Attachment:
Certificate of Service

I certify that the attached documents were sent as indicated this day to each of the following:

|  | Agency Representative |
|---|---|
| U.S. Certified Mail | Allison J. Boyle<br>Department of Commerce<br>Employment and Labor Law Division<br>Office of General Counsel<br>14th & Constitution Avenue, NW<br>Washington, DC 20230 |
|  | U.S. Department of Justice Representative |
| U.S. Certified Mail | Charlotte A. Abel<br>Assistant United States Attorney<br>United States Department of Justice<br>555 Fourth St., N.W.<br>Washington, D.C. 20530 |
| U.S. Certified Mail | United States District Court<br><br>The Honorable Ellen Segal Huvelle<br>United States District Court<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 |

8/25/07
Date

Parthenia Richardson
Plaintiff pro se

Parthenia Richardson
12604 Windbrook Drive
Clinton, Maryland 20735
H: (301) 292-2059/Cellular: (240) 838-4144
partheniarichardson@verizon.net

September 25, 2007

Charlotte A. Abel
Assistant United States Attorney
United States Department of Justice
555 Fourth St., NW
Washington, D.C. 20530

**Reference: RICHARDSON vs. CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce, Civil Action Number: 06-00517 (ESH)**

Dear Ms. Abel:

This letter is a second request to my letter dated August 24, 2007 re: discovery items that were due on September 24, 2007 per Judge Huvelle's memorandum opinion dated February 26, 2007.

For your convenience I have attached my original request

Sincerely,

Parthenia Richardson

2 Attachments:
1. Certificate of Service
2. Request for Discovery documents
    dated August 24, 2007

I certify that the attached documents were sent as indicated this day to each of the following:

### Agency Representative

U.S. Certified Mail

Allison J. Boyle
Department of Commerce
Employment and Labor Law Division
Office of General Counsel
14th & Constitution Avenue, NW
Washington, DC 20230

### U.S. Department of Justice Representative

U.S. Certified Mail

Charlotte A. Abel
Assistant United States Attorney
United States Department of Justice
555 Fourth St., N.W.
Washington, D.C. 20530

U.S. Certified Mail

### United States District Court

The Honorable Ellen Segal Huvelle
United States District Court
333 Constitution Avenue, NW
Washington, D.C. 20001

___9/25/07___
Date

___Parthenia Richardson___
Parthenia Richardson
Plaintiff pro se
12604 Windbrook Drive
Clinton, Maryland 20735

Parthenia Richardson
12604 Windbrook Drive
Clinton, Maryland 20735
H: (301) 292-2059/C: (240) 838-4144

November 27, 2007

Ms. Charlotte Abel
**Assistant United States Attorney**
**United States Department of Justice**
555 Fourth St., N.W.
Washington, D.C. 20530

Reference: RICHARDSON vs. CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce, Civil Action Number: 06-00517 (ESH)

Dear Ms. Abel,

This letter is to respectfully remind you of the 2 discovery requests I sent you; the initial request is dated August 24, 2007 and the second request is dated September 25, 2007. I respectfully request that discovery responses are received no later than December 6, 2007 to afford my new mediation counsel ample time to review them before the mediation on December 13, 2007. If the discovery responses are not received by December 6, 2007, I will consider filing a motion to compel.

Sincerely,

Parthenia Richardson

I certify that the attached documents were sent as indicated this day to each of the following:

By registered mail

<u>U.S. Department of Justice Representative</u>
Charlotte A. Abel
Assistant United States Attorney
United States Department of Justice
555 Fourth St., N.W.
Washington, D.C. 20530

_11/27/07_
Date

_Parthenia Richardson_
Parthenia Richardson
Plaintiff pro se
12604 Windbrook Drive
Clinton, Maryland 20735