UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTHENIA RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00517 (ESH) |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| Secretary, U.S. Department of Commerce, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion to Compel, and the Opposition, it is

on this _____ day of _____, 2008,

ORDERED: that plaintiff's motion be denied.

_____
U.S. District Court Judge