UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**PARTHENIA RICHARDSON,**           )
                                    )
           **Plaintiff,**  )
                                    )
      v.                           )    Civil Action No. 06-00517 (ESH)
                                    )
**CARLOS M. GUTIERREZ,**            )
**SECRETARY, U.S. DEPT. OF COMMERCE**)
                                    )
           **Defendant.**  )
_____ )

## SCHEDULING ORDER

The parties appeared before the Court on February 1, 2008, for an initial scheduling conference. Based on the Joint Rule 16.3 Report to the Court and the representations of counsel, it is hereby **ORDERED** that

    1.    Discovery shall be completed by June 30, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

    2.    The date by which any other parties shall be joined or the pleadings amended is _____.

    3.    Discovery material shall not be filed with the Court except as provided in Local Civil Rule 5.2(a) and Federal Rule of Civil Procedure 5(d).

    4.    Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service. *See* Fed. R. Civ. P. 33.

      5.      Each party is limited to a maximum of 20 requests for admission to any other party. Responses to all requests for admission are due 30 days after service.

      6.      Each side is limited to a maximum of 5 depositions and no deposition shall exceed 7 hours unless both parties agree or unless authorized by the Court. Fed. R. Civ. P. 30(d); LCvR 26.2(c).

      7.      The parties have agreed to dispense with Rule 26(a)(1) initial disclosures.

      8.      Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by _____.

      9.      Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by defendant's retained experts are due by _____.

      10.     Dispositive motions shall be filed by _____; oppositions by _____; and replies, if any, by _____. A motion for extension of time to file a motion, opposition or reply will be denied except upon a showing of good cause.

      11.     A hearing on dispositive motions is scheduled for _____, at _____ a.m.

      12.     A further status conference is scheduled for July 11, 2008, at 9:30 a.m. Counsel are to come to that conference prepared to discuss the status of discovery, their respective settlement positions, and their theories of any then-contemplated dispositive motions. Counsel must bring full settlement authority to the status conference. If settlement is not reached, a pretrial conference and trial date will be selected. Counsel should be prepared to advise the Court of the expected length of trial and of the number of fact and expert witnesses. Trial counsel must appear at all hearings unless excused by the Court in advance of the hearing

date.

        13.     This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  Fed. R. Civ. P. 16(b); LCvR 16.4.  *See Olgyay v. Soc'y for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219, 219-20 (D.D.C. 1996).

        14.     Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting Chambers.  Counsel shall not file discovery motions without a prior conference with the Court and opposing counsel.

        15.     Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

        **SO ORDERED.**

                                              /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

DATE: February 1, 2008