UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Parthenia Richardson )
)
)
)
Plaintiff, )
)
v. ) Civil Action No. 06-517 (ESH)
)
Carlos M. Gutierrez )
)
)
Defendant. )
)

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_Parthenia Richardson_  2/1/08                    _Parthenia Richardson_
Attorney for the Plaintiff. pro se   Date

_____    _____
Attorney for the Defendant.    Date

NOTICE:    The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED (Kay) that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S. Huvelle_                    2/1/08
ELLEN SEGAL HUVELLE                    Date
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Parthenia Richardson )
)
)
Plaintiff, )
)
v. ) Civil Action No. 06 cv 00517 (ESH)
)
Carlos M. Gutierrez )
)
Defendant. )
)

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____   _____
Attorney for the Plaintiff.           Date

_____   2/1/08
Attorney for the Defendant.         Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S. Huvelle_   2/1/08
ELLEN SEGAL HUVELLE           Date
United States District Judge