UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

FEB - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PARTHENIA RICHARDSON,          )
                               )
            Plaintiff,         )
                               )
v.                             ) Civil Action No. 06-00517 (ESH)
                               )
CARLOS M. GUTIERREZ,           )
SECRETARY, U.S. DEPARTMENT     ) Date: February 6, 2008
OF COMMERCE                    )
                               )
            Defendant.         )
                               )

**PLAINTIFF'S REQUEST FOR RECONSIDERATION OF DISCOVERY SCHEDULING**

**ORDER DATED FEBRUARY 1, 2008**

Plaintiff hereby moves this Court to reconsider the scheduling order submitted February 1, 2008 and the denial without prejudice of Plaintiff's motion to compel (see attachment 1). The scheduling order was put in place March 22, 2007 (see attachment 2), providing for discovery to be completed by September 24, 2007 and not to be amended excepting showing of good cause. Upon transitioning to Pro Se, Plaintiff, mindful of the upcoming deadlines outlined in scheduling order dated March 22, 2007 proceeded with discovery requests to Defendant (see attachments 3-5). After the conclusion of the discovery period and continued failure to receive response from Defendant, Plaintiff filed a timely motion to compel. It is Plaintiff's contention that, the order of February 1, 2008, establishing initial discovery is repetitive and unnecessary, provided the prior case actions. The February 1 order reopens discovery for a period

to conclude June 30, 2008, thereby allowing for a total discovery period of one year and

three months.

Therefore, Plaintiff respectfully requests the Court to rescind the scheduling order

dated February 1, 2008, and grant the Motion to Compel and proceed to the next step in

the interest of providing for the Plaintiff's 6th Amendment rights.

Respectfully submitted,

Parthenia Richardson, Pro se
12604 Windbrook Drive
Clinton, MD 20735

Cell: (202) 903-5215 / (240) 838-4144

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2008, I caused a true and correct copy

of the foregoing Plaintiff's Motion to Compel, to be served certified mail, to:

Charlotte Abel
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 307-2332
Counsel for Defendant

Nancy Mayer-Whittington
Clerk of Court
United States District Court for the
  District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Parthenia Richardson
Plaintiff Pro se
12604 Windbrook Drive
Clinton, MD 20735
Cell: (202) 903-5215 / (240) 838-4144

2