UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARTHENIA RICHARDSON,**<br><br>　Plaintiff,<br><br>　v.<br><br>**CARLOS M. GUTIERREZ,**<br><br>　Defendant. | Civil Action No. 06-517(AK) |

## ORDER

Upon consideration of Plaintiff's Request for Reconsideration of Discovery Scheduling Order Dated February 1, 2008 [33], it is this  25th  day of February, 2008, hereby

**ORDERED** that Plaintiff's Request for Reconsideration of Judge Huvelle's Feburary 1, 2008 scheduling order is **denied**. While the Court is cognizant of Plaintiff's desire to proceed to trial, the decision to extend the discovery deadline is a matter that is committed to the sound discretion of the trial court; and it is further

**ORDERED** that this Court will not reconsider Judge Huvelle's denial of Plaintiff's Motion to Compel [27]. The Court notes that Judge Huvelle's denied Plaintiff's Motion to Compel without prejudice. Accordingly Plaintiff has leave to re-file her Motion to Compel and this Court will consider it.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE