UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARTHENIA RICHARDSON,      )
                       )
        Plaintiff,     )
                       )
        v.         )    Civ. Action No. 06-517 (AK)
                       )
                       )
CARLOS M. GUTIERREZ, Secretary  )
Department of Commerce,    )
                       )
        Defendant.   )
_____)

## STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

It is hereby stipulated and agreed between Parthenia Richardson, plaintiff, and defendant,

Carlos M. Gutierrez, Secretary of the Department of Commerce, as follows:

1.    This Stipulation of Settlement is entered into by and between Parthenia Richardson

("Plaintiff") and Carlos M. Gutierrez, Secretary, Department of Commerce (hereinafter

"Defendant") to make full and final settlement of any and all matters raised, or which

could have been raised, by Plaintiff in this action. Plaintiff agrees to accept the terms set

forth herein in full settlement and satisfaction of any and all claims, demands, rights, and

causes of action of whatever kind and nature based upon her employment with the

Department of Commerce up to the date Plaintiff signs this Stipulation of Settlement,

including but not limited to the claims asserted in the above-styled action. In particular,

and without limitation, this settlement shall include all possible claims for damages,

backpay, front pay, and other equitable relief by Plaintiff against Defendant, and claims

for attorney's fees and costs incurred by Plaintiff in connection with the administrative

Equal Employment Opportunity process, the District Court litigation process and any

other proceedings involving the claims raised, or which could have been raised, in this action.

2. In order to resolve the matters in dispute without further administrative processes, litigation, expense, and delay, Plaintiff and Defendant agree as follows:

    a.    By signing this Stipulation of Settlement, Plaintiff withdraws, with prejudice, the above-styled complaint of discrimination. This Stipulation of Settlement constitutes the full, final, and complete relief that Plaintiff may have for the conduct alleged in this action. In addition, Plaintiff agrees not to institute any other actions, charges, complaints, appeals, or other proceedings against the Defendant or any present or former employees of the Department of Commerce, with respect to any matter which arose or could have arisen and been brought in connection with the allegations covered by this Agreement, under Federal law, Federal or State statutes, common law, or the Constitution of the United States or of a State, in either a Federal or State Court or administrative forum;

    b.    By signing this Stipulation of Settlement, Plaintiff withdraws, with prejudice, all other actions, charges, complaints, and appeals against the Defendant and the present or former employees or officers that are named or otherwise identified in the complaint, who are before this Court, the Equal Employment Opportunity Commission, or any other forum;

    c.    By signing this Stipulation of Settlement, Plaintiff unconditionally releases the Defendant and the present and former employees, officers, agents, representatives, and all persons acting by, through, or in concert with any of those individuals, either

-2-

in their official or individual capacities, for any and all liability which has arisen from the occurrences which are the subject matter of Plaintiff's complaint in this matter, or that could have been raised in the complaint, or any other pending, existing, or putative cause of action against the Defendant of any sort whatsoever;

d.    By signing this Stipulation of Settlement, Plaintiff agrees to execute any and all other documents necessary to implement and effectuate the provisions of this Stipulation of Settlement;

e.    Plaintiff acknowledges that by virtue of this Stipulation of Settlement, Plaintiff is waiving rights and claims under various federal laws, including, but not limited to, Title VII of the Civil Rights Act, as amended, 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 621, *et seq.*, with respect to her underlying complaint;

f.    Plaintiff does not waive any rights or claims that may arise after the date on which this Stipulation of Settlement is signed;

g.    In consideration for the promises made herein, the defendant agrees to pay the total sum of $100,000, inclusive of attorney's fees and costs.

3.    This Stipulation of Settlement shall not constitute or be construed as an admission of liability or fault on the part of the Defendant or the officers or employees identified in this lawsuit and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expense and risk of further litigation.

4.    This Stipulation of Settlement may be used as evidence in a subsequent proceeding in which either of the parties allege a material breach of this Agreement.

-3-

5.    Plaintiff acknowledges that her attorney has reviewed and explained the provisions of this Stipulation of Settlement to her and that the Agency has provided sufficient time for this purpose.

6.    Plaintiff acknowledges that she has entered into this Stipulation of Settlement voluntarily and that the Agency has not imposed any undue hardship, duress, or coercion in connection with execution of this document.

7.    This Stipulation of Settlement entered into by the Agency and Plaintiff together sets forth the entire agreement between the parties and fully supersedes any and all prior agreements or understandings between the parties pertaining to the subject matter hereof. This document cannot be altered, modified, withdrawn, rescinded, or supplemented in any manner after the date on which it is approved by the Court, unless mutually agreed in writing by the parties. Plaintiff and Defendant agree that neither party is bound by any representation, promise or inducement not set forth in this Agreement. This Agreement is a joint product and shall not be construed against either party on the grounds of sole authorship.

8.    This Stipulation of Settlement shall be binding upon Plaintiff, as well as Plaintiff's heirs, assigns, representatives, proxies, guardians, or any other person or entity acting on behalf of, or at the behest of, Plaintiff.

9.    Plaintiff expressly agrees not to use this Stipulation of Settlement, nor to permit any other person to use it, in any judicial or administrative proceeding as evidence of, or to attempt to prove the existence of, discrimination/reprisal or other adverse action or prohibited personnel practice, or in any other manner, except as provided by paragraph 4.

-4-

10. Each of the respective rights and obligations of the parties hereunder shall be deemed independent and may be enforced independently irrespective of any other rights and obligations set forth herein.

11. In case any provision of this Agreement should be held to be contrary to, or invalid under, the law of any country, state or other jurisdiction, such illegality or invalidity shall not affect in any way other provisions thereof, all of which shall continue, nevertheless, in full force and effect; any provision which is held to be illegal or invalid in any country, state or other jurisdiction shall, nevertheless, remain in full force and effect in a country, state or jurisdiction in which such provision is legal and valid.

12. Execution of this stipulation shall constitute a dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, except that the District Court shall retain jurisdiction to resolve any claim of noncompliance with the terms hereof.

13. WAIVER OF AGE CLAIM(S): Plaintiff acknowledges that she has been given twenty-one (21) calendar days within which to review and consider this Agreement and understands that she has seven (7) calendar days after signature in which to revoke her acceptance of the Agreement. Any such revocation must be made in writing and delivered to counsel for defendant on or before the seventh calendar day after plaintiff signs this Agreement. Plaintiff is represented by counsel in this action for the purpose of settlement negotiations, she has conferred with her attorney prior to executing this Agreement, she has examined and understands the provisions of 29 U.S.C. § 626(f)(1)(A-G), and she acknowledges that the requirements of those provisions are fully met and satisfied in connection with this

-5-

Agreement.

In witness whereof, Plaintiff hereby executes this Stipulation of Settlement, acknowledging that its terms and conditions have been fully understood, that an adequate period of time has been afforded to allow for consideration of said terms and conditions, and that an opportunity has been afforded to consult with counsel.

Respectfully submitted,

_____
Cathy A. Harris
D.C. Bar # 467206
KATOR, PARKS & WEISER, PLLC
1200 18th Street, N.W.
Washington, D.C. 20036
(202) 898-4800

Attorney for Plaintiff


_____
Parthenia Richardson
Plaintiff


_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney



_____
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney


_____
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
Tele: (202) 307-2332

Attorneys for Defendant


-6-

SO ORDERED:

_____    _____
                                     UNITED STATES DISTRICT JUDGE

DATED:                               _____