UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARTHENIA RICHARDSON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CARLOS M. GUTIERREZ,**<br><br>    Defendant. | Civil Action No. 06-517 (AK) |

## ORDER

Upon consideration of parties' joint Stipulation of Settlement and Order of Dismissal Filed September 3, 2008 [35], it is this  9th  day of September, 2008, hereby

**ORDERED** that the case is **dismissed with prejudice**, except that the Court shall retain jurisdiction to resolve any claims of noncompliance with the terms of the Stipulation of Settlement. The parties shall notify the Court when compliance with the terms of the Stipulation of Settlement has been completed.

          /s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE